UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

```
TIMOTHY SIMMS, individually        )
and on behalf of all others        )
similarly situated                 )
                                   )
              Plaintiff,           )
                                   )
      v.                           )   Case No. 4:23-cv-00813
                                   )
12FIFTEEN DIAMONDS, LLC            )
d/b/a DIAMOND NEXUS                )
                                   )
              Defendant,           )
                                   )
```

## ORIGINAL FILING FORM

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

☐ THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER _____ AND ASSIGNED TO THE HONORABLE JUDGE _____.

☐ THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY PREVIOUSLY FILED COMPLAINT. THE RELATED CASE NUMBER IS _____ AND THAT CASE WAS ASSIGNED TO THE HONORABLE _____. THIS CASE MAY, THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☒ NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: 06/26/2023            /s/ Andrew Shamis
                            Signature of Filing Party
                            Counsel for Plaintiff