# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

### CASE NO 4:23-cv-00813-HEA

TIMOTHY SIMMS,
individually and on behalf of all others
similarly situated,

*Plaintiff,*

v.

12FIFTEEN DIAMONDS, LLC D/B/A
DIAMOND NEXUS.,

*Defendant.*

_____/

## AFFIDAVIT OF TIMOTHY SIMMS

STATE OF MISSOURI            )
COUNTY OF ST. CHARLES        )

      Before me, the undersigned authority personally appeared, Timothy Simms who after being duly sworn states:

1. My name is Timothy Simms and I make this Affidavit based on personal knowledge and I swear the information herein is true and correct.

2. I am a resident of the State of Missouri, over the age of eighteen years old and competent to testify.

3. I am the Plaintiff in this case.

4. I have reviewed the allegations set forth in the Complaint, the Motion for Default Judgment, and text messages attached to this Affidavit sent by Defendant (hereinafter referred to as "the Documents") pertaining to Defendant's violations of the TCPA, in connection with this instant matter.

5. The Documents attached herewith reflect the automated spam text messages sent by Defendant to my personal cell phone beginning in February 2023 after I had requested to be opted out of any further text messages. There were a total of two-hundred and one (201) automated spam text messages sent by Defendant to me. A composite exhibit of the dates, time and messages are attached hereto as "**Exhibit A.**"

6.  I am the residential subscriber of the cell phone number (314) 230-3641 that received Defendant's text solicitations. I use this number for personal use and not for business.

7.  In this case, due to Defendant knowingly transmitting the text messages attached hereto after I specifically opted-out from any further text messages, I am seeking $1,500.00 per text message sent in violation of the TCPA, pursuant to the statutory damages authorized by 47 U.S.C. § 227(c)(5).

8.  Accordingly, I have been damaged in the total sum of $301,500.00 as a result of Defendant's violations of the TCPA and now seek this amount in this present case.

9.  Finally, I am also seeking post-judgment interest thereon at the applicable federal rate, from the date of judgment until the date the judgment is satisfied.

10. The records attached hereto have not been altered in any way and were made at or near the time of the occurrence of matter set forth in the documents by or from information transmitted by persons having knowledge of the matters contained therein.

FURTHER AFFIANT SAYETH NAUGHT

TIMOTHY SIMMS
*(Signature)*

STATE OF FLORIDA                      )
COUNTY OF MIAMI-DADE       )

**BEFORE ME**, the undersigned authority, this day personally appeared, TIMOTHY SIMMS, who swears or affirms that the foregoing Affidavit is true and correct to the best of his knowledge and belief.

WITNESS my hand and official seal this 6 day of October , 2023.

My Commission Expires:

Notary Public, State of Florida

> GABRIELA PALACIOS
> Notary Public - State of Florida
> Commission # HH 212134
> My Comm. Expires Dec 28, 2025
> Bonded through National Notary Assn.

_____ Personally Known or _____/_____ Produced Identification

Type of Identification: Missouri D.L. .

# Exhibit A

| | | | |
|---|---|---|---|
| 2/22/23 6:29 PM; | 3/21/23 6:55 PM | 4/16/23 1:30 PM | 5/18/23 1:50 PM |
| 2/23/23 1:02 PM | 3/22/23 11:03 AM | 4/16/23 7:15 PM | 5/18/23 6:12 PM |
| 2/23/23 5:52 PM | 3/22/23 6:39 PM | 4/17/23 12:01 PM | 5/19/23 11:07 AM |
| 2/24/23 6:08 PM | 3/23/23 12:42 PM | 4/17/23 7:07 PM | 5/19/23 5:08 PM |
| 2/25/23 12:05 PM | 3/23/23 6:45 PM | 4/18/23 12:13 PM | 5/20/23 11:13 AM |
| 2/25/23 5:47 PM | 3/24/23 12:39 PM | 4/18/23 6:02 PM | 5/20/23 5:15 PM |
| 2/26/23 12:09 PM | 3/24/23 6:45 PM | 4/19/23 12:02 PM | 5/21/23 11:01 AM |
| 2/26/23 6:30 PM | 3/25/23 1:04 PM | 4/19/23 6:04 PM | 5/21/23 11:01 AM (2 |
| 2/27/23 12:15 PM | 3/25/23 6:53 PM | 4/20/23 11:40 AM | at same time) |
| 2/27/23 5:54 PM | 3/26/23 12:31 PM | 4/20/23 6:23 PM | 5/22/23 11:13 AM |
| 2/28/23 12:02 PM | 3/26/23 7:20 PM | 4/21/23 11:51 AM | 5/22/23 5:00 PM |
| 2/28/23 5:45 PM | 3/27/23 12:28 PM | 4/21/23 5:50 PM | 5/23/23 11:05 AM |
| 3/1/23 11:27 AM | 3/27/23 5:37 PM | 4/22/23 1:00 PM | 5/23/23 5:02 PM |
| 3/1/23 6:19 PM | 3/28/23 12:23 PM | 4/22/23 5:44 PM | 5/24/23 12:05 PM |
| 3/2/23 12:15 PM | 3/28/23 6:11 PM | 4/23/23 11:59 AM | 5/24/23 5:18 PM |
| 3/2/23 6:12 PM | 3/29/23 1:11 PM | 4/23/23 6:33 PM | 5/25/23 11:17 AM |
| 3/3/23 12:31 PM | 3/29/23 6:24 PM | 4/24/23 12:20 PM | 5/25/23 11:17 AM (2 |
| 3/3/23 5:36 PM | 3/30/23 12:36 PM | 4/24/23 6:40 PM | at same time) |
| 3/4/23 11:25 AM | 3/30/23 6:00 PM | 4/25/23 12:02 PM | 5/25/23 5:26 PM |
| 3/4/23 5:21 PM | 3/31/23 12:23 PM | 4/25/23 6:00 PM | 5/26/23 11:08 AM |
| 3/5/23 11:13 AM | 3/31/23 6:03 PM | 4/26/23 11:48 AM | 5/26/23 5:32 PM |
| 3/5/23 6:05 PM | 4/1/23 12:17 PM | 4/26/23 5:43 PM | 5/27/23 11:26 AM |
| 3/6/23 11:01 AM | 4/1/23 5:50 PM | 4/27/23 11:58 AM | 5/27/23 5:03 PM |
| 3/6/23 5:21 PM | 4/2/23 12:08 PM | 4/27/23 7:17 PM | 5/28/23 11:07 AM |
| 3/7/23 11:23 AM | 4/2/23 7:21 PM | 4/28/23 1:11 PM | 5/28/23 5:29 PM |
| 3/7/23 5:53 PM | 4/3/23 4:20 PM | 4/28/23 6:31 PM | 5/29/23 11:10 AM |
| 3/8/23 11:20 AM | 4/3/23 5:55 PM | 4/29/23 1:14 PM | 5/30/23 11:16 AM |
| 3/8/23 6:10 PM | 4/4/23 12:15 PM | 4/29/23 5:43 PM | 5/30/23 5:02 PM |
| 3/9/23 11:21 AM | 4/4/23 6:15 PM | 4/30/23 11:38 AM | 6/1/23 11:07 PM |
| 3/9/23 5:09 PM | 4/5/23 12:20 PM | 4/30/23 5:40 PM | 6/1/23 5:06 PM |
| 3/10/23 11:15 AM | 4/5/23 6:55 PM | 5/1/23 11:53 AM | 6/2/23 11:14 AM |
| 3/10/23 5:18 PM | 4/6/23 12:07 PM | 5/1/23 5:53 PM | 6/2/23 5:08 PM |
| 3/11/23 1:05 PM | 4/6/23 6:59 PM | 5/2/23 11:34 AM | 6/3/23 11:04 AM |
| 3/11/23 5:02 PM | 4/7/23 12:59 | 5/2/23 5:12 PM | 6/3/23 5:06 PM |
| 3/12/23 5:17 PM | 4/7/23 5:58 PM | 5/3/23 11:27 AM | 6/4/23 11:14 AM |
| 3/13/23 11:56 AM | 4/8/23 12:14 PM | 5/3/23 7:08 PM | 6/5/23 11:01 AM |
| 3/13/23 6:36 PM | 4/8/23 6:12 PM | 5/4/23 11:29 AM | 6/6/23 5:19 PM |
| 3/14/23 11:17 AM | 4/9/23 11:24 AM | 5/4/23 6:53 PM | 6/7/23 11:18 AM |
| 3/14/23 7:05 PM | 4/9/23 6:58 PM | 5/5/23 1:06 PM | 6/8/23 11:23 AM |
| 3/15/23 1:04 PM | 4/10/23 12:03 PM | 5/5/23 6:13 PM | 6/9/23 11:05 AM |
| 3/15/23 5:20 PM | 4/10/23 6:21 PM | 5/6/23 11:26 AM | 6/10/23 5:01 PM |
| 3/16/23 12:04 PM | 4/11/23 11:50 AM | 5/6/23 5:00 PM | 6/11/23 8:14 PM |
| 3/16/23 6:44 PM | 4/11/23 5:51 PM | 5/7/23 1:38 PM | 6/12/23 11:04 PM |
| 3/17/23 1:07 PM | 4/12/23 1:35 PM | 5/7/23 6:37 PM | 6/13/23 5:13 PM |
| 3/17/23 5:03 PM | 4/12/23 6:07 PM | 5/15/23 5:33 PM | 6/14/23 11:14 AM |
| 3/18/23 5:43 PM | 4/13/23 11:54 AM | 5/15/23 5:33 PM (2 at | 6/15/23 11:08 AM |
| 3/19/23 12:30 PM | 4/13/23 5:40 PM | same time) | 6/16/23 11:39 AM |
| 3/19/23 6:23 PM | 4/14/23 12:21 PM | 5/16/23 11:19 AM | 6/17/23 11:16AM |
| 3/20/23 12:42 PM | 4/14/23 6:19 PM | 5/16/23 5:11 PM | 6/18/23 11:15 AM |
| 3/20/23 6:36 PM | 4/15/23 12:04 PM | 5/17/23 11:12 AM | 6/19/23 12:07 PM |
| 3/21/23 11:15 AM | 4/15/23 6:05 PM | 5/17/23 6:06 PM | 6/20/23 5:22 PM |

ordinary

**Wednesday, Feb 22 • 6:29 PM**

Diamond Nexus: Step into the spotlight with these stunning Renee Earrings. Make them yours now for an incredible price of only $249! ✨

https://www.diamondnex.us/E6kgI

Text 'STOP' to be ordinary

Text message

Case: 4:23-cv-00913-HEA    Doc. #:  10    Filed: 10/06/23    Page: 7 of 269  PageID #: 48

+1 414-626-1269

Wednesday, Feb 22 • 6:29 PM



**RENEE**
EARRINGS

**LIMITED TIME ONLY**
WAS $725
NOW **$249**

Diamond Nexus: Step into the spotlight with these stunning Renee Earrings. Make them yours now for an incredible price of only $249! ✨

https://www.diamondnex.us/E6kgI

Text 'STOP' to be ordinary

STOP

6:32 PM • SMS

Text message

1:04

+1 414-626-1269

STOP

6:32 PM • SMS

Thursday, Feb 23 • 1:02 PM



Diamond Nexus: Need a little help for your next purchase? We've got you covered with our financing & leasing options - check them out!

https://www.diamondnex.us/LCOdp

Text 'STOP' to be ordinary

1:02 PM

Thursday, ... • 5:52 PM

Text message

  

< 👤 +1 414-626-1269 📹 📞 ⋮

Thursday, Feb 23 • 1:02 PM

Diamond Nexus: Need a little help for your next purchase? We've got you covered with our financing & leasing options - check them out!

https://www.diamondnex.us/LCOdp

Text 'STOP' to be ordinary

Thursday, Feb 23 • 5:52 PM

↓

Diamond Nexus:

Text message

1:24

5G UC 20%

 +1 414-626-1269

Thursday, Feb 23 • 5:52 PM

Diamond Nexus:
ICYMI, treat yourself to something special! Get these stunning Renee Earrings, now at almost $500 off its original price. It's the perfect accessory to add a touch of sparkle. Get it today.

https://www.diamondnex.us/QKD5Q

Text 'STOP' to be ordinary

Text message

||| ○ ‹

1:24    5G UC ⣿⣿ 20% 🔋

+1 414-626-1269

Friday, Feb 24 • 6:08 PM

Diamond Nexus: Take your look to the next level with our eye-catching Claw Prong Necklace. Get yours now and stand out from the crowd.

https://www.diamondnex.us/Ulaot

Text 'STOP' to be ordinary

Saturday, Feb 25 • 12:05 PM

Diamond Nexus:

Text message

+1 414-626-1269

Saturday, Feb 25 • 12:05 PM

Diamond Nexus: Symbolize your everlasting love with our collection of exquisite eternity bands. Shop now and enjoy up to 30% off. Limited time offer, don't miss out!

https://www.diamondnex.us/piXbF

Text 'STOP' to be ordinary

Saturday, Feb 25 • 5:47 PM

Text message

Case: 4:23-cv-00813-HEA   Doc. #: 10   Filed: 10/06/23   Page: 13 of 269 PageID #: 94

**+1 414-626-1269**

Diamond Nexus: Introducing our newest collection: lab diamond fine jewelry!

Our diamonds are created in a lab to minimize environmental impact and ensure a conflict-free supply chain. Shop now and find your next show-stopper.

https://www.diamondnex.us/S6kaU

Text 'STOP' to the ordinary

Text message



< 👤 +1 414-626-1269 📹 📞 ⋮

Sunday, Feb 26 • 12:09 PM

Diamond Nexus: Hey there! Just wanted to remind you that we offer FREE US SHIPPING on all of our stunning jewelry pieces. From engagement rings to bracelets, we've got you covered! Shop now and take advantage of this amazing offer. Don't miss out! ✨🚚💎

https://www.diamondnex.us/Sa_vz

Text 'STOP' to... e

⊕ 🖼 Text message 🙂 🎤

   

  

1:24

+1 414-626-1269

Sunday, Feb 26 • 6:30 PM

Diamond Nexus: You could be the lucky winner of a Heart Cut Claw Prong Necklace. Click to see if you won!

https://www.diamondnex.us/z1Sha

Text 'STOP' to be ordinary

Monday, Feb 27 • 12:15 PM

Diamond Ne... 🔥 Daily

Text message

< +1 414-626-1269

Monday, Feb 27 • 12:15 PM

Diamond Nexus: 🔥 Daily Drop alert! 🔥

Upgrade your jewelry game with a stunning 1.25 ct Pear Cut Basket Set Pendant, now only $199 (was $613). Don't miss out on this limited time offer, shop now while supplies last! ✨

https://www.diamondnex.us/BE3Oq

Text 'STOP' to be ordinary

Text message

1:24

+1 414-626-1269

Monday, Feb 27 • 5:54 PM

Diamond Nexus: 🎉 Extra Savings Announcement! 🎉

Get an extra 10% off already discounted sale prices with code EXTRA10. From stunning engagement rings to exquisite necklaces, we've got you covered. Hurry and grab your favorites before they're gone! Offer ends Friday 3/3. 💎 ✨

https://www.[...]mondnex us/pAhmp

Text message

Case: 4:23-cv-00813-HEA   Doc. #: 10   Filed: 10/06/23   Page: 18 of 269 PageID #: 58

**+1 414-626-1269**

Tuesday, Feb 28 • 12:02 PM

Diamond Nexus: Last chance to grab our stunning 1.25 ct Pear Cut Basket Set Pendant for just $199! Don't miss out on this incredible deal, shop now before it's too late! Offer ends tonight. ⏰

https://www.diamondnex.us/Vk6q8

Text 'STOP' to be ordinary

Text message

Tuesday, Feb 28 • 5:45 PM

Diamond Nexus: New Week, New Clearance Products! Shop our weekly clearance closeout specials! Hurry and get yours while supplies last! Don't miss out on these incredible deals. 

https://www.diamondnex.us/gw4RF

Text 'STOP' to be ordinary

Text message

1:25    🔇 5G UC 📶 21% 🔋

← 👤 +1 414-626-1269  📹  📞  ⋮

Wednesday, Mar 1 • 11:27 AM

Diamond Nexus: Hey there! Don't miss out on this trendy clearance exclusive. This Basket Set Pendant is selling fast! Get it now before it's gone. 🙌

https://www.diamondnex.us/UQgrW

Text 'STOP' to be ordinary

Wednesday, Mar 1 • 6:19 PM

   Text message  😊  🎤

||| ◯ ‹

1:25

+1 414-626-1269

Wednesday, Mar 1 • 6:19 PM

Diamond Nexus: Daily Drop alert! Expand your collection with our stunning 2 tcw Princess Cut Martini Set Studs. For today only, get these beauties for just $299! Don't miss out on this incredible deal, shop now before it's over! 😍

https://www.diamondnex.us/Orr7f

Text 'STOP' to be ordinary

Text message

< 👤 **+1 414-626-1269**   🎥  📞  ⋮

Thursday, Mar 2 • 12:15 PM

Diamond Nexus: For a limited time, get a FREE pair of White Gold Round Cut Stud Earrings with any purchase of $750 or more! Don't miss out on this incredible deal. Shop now and elevate your jewelry game 🤗

https://www.diamondnex.us/tqEXW

Text 'STOP' to be ordinary

Diamond Nexus: For a limited time, get a FREE pair of White Gold Round Cut Stud Earrings with any purchase of $750 or more! Don't miss out on this incredible deal. Shop now and elevate your jewelry game 

https://www.diamondnex.us/tqEXW

Text 'STOP' to be ordinary

Text message

1:26

+1 414-626-1269

Thursday, Mar 2 • 6:12 PM

Diamond Nexus: ICYMI, this is your last chance to grab the stunning 2 tcw Princess Cut Martini Set Studs for just $299. Don't miss out on this incredible deal! Shop now and add some sparkle to your everyday look. 

https://www.diamondnex.us/Zbe97

Text 'STOP' to be ordinary

Text message

1:26

📶 5G UC .ıll 21% 🔋

< 👤 +1 414-626-1269   📹   📞   ⋮

**Friday, Mar 3 • 12:31 PM**

Diamond Nexus:
Discover the brilliance
of moissanite! Check out
our website to learn more
and how it compares to
diamonds. 💎

https://www.diamondnex
.us/vrcn

Text 'STOP' to be
ordinary

**Friday, Mar 3 • 5:36 PM**

⬇

Diamond Nexus: Final

⊕  🖼   Text message   ☺  🎤

|||   ◯   ‹

1:27

📶 5G UC 📶 22% 🔋

< 👤 +1 414-626-1269    📹  📞  ⋮

Friday, Mar 3 • 12:31 PM

Diamond Nexus: Discover the brilliance of moissanite! Check out our website to learn more and how it compares to diamonds. 💎

https://www.diamondnex.us/vrcn_

Text 'STOP' to be ordinary

Friday, Mar 3 • 5:36 PM

⌄

Diamond Nexus: Final

⊕  🖼️    Text message    ☺  🎤

|||    ○    ‹

Friday, Mar 3 • 5:36 PM

Diamond Nexus: Final weekend alert!

This is your last chance to get a FREE pair of White Gold Round Cut Stud Earrings with any purchase of $750 or more! Don't miss out on this amazing deal!

https://www.diamondnex.us/BcNtE

Text 'STOP' to be ordinary

Text message

   

< 👤 +1 414-626-1269 🎥 📞 ⋮

Saturday, Mar 4 • 11:25 AM

Diamond Nexus: Get ready to stack in style! Our stunning stackable bands are the perfect way to add some extra sparkle to your everyday look. Mix and match to create a look that's uniquely you! 

https://www.diamondnex.us/z_Mbm

Text 'STOP' to be ordinary

⬇

  Text message  

  

< 👤 **+1 414-626-1269**    📹    📞    ⋮

Saturday, Mar 4 • 5:21 PM

Diamond Nexus:
Unleash your creativity
with Diamond Nexus!
Create a one-of-a-kind
piece that's uniquely
you with our custom
jewelry design service.
Our expert designers
can help you bring your
vision to life with the
finest materials and
craftsmanship. Get
started today. 💍 ✨

https://www.diamondnex
.us/ody0Jp

Text 'STOP' to be

Text message    ☺    🎤

||| ◯ ‹

1:28

📶 5G UC 22%



< 👤 +1 414-626-1269 🎥 📞 ⋮

Sunday, Mar 5 • 11:13 AM

Diamond Nexus: 5000+ customers have already found out why we're rated 4.5 stars - experience it yourself!

https://www.diamondnex.us/Sml2t

Text 'STOP' to be ordinary

Sunday, Mar 5 • 6:05 PM

Diamond Ne... You could be the lucky winner

  Text message 🙂 🎤

||| ◯ <

1:28    5G UC 22%

< 👤 +1 414-626-1269   📹  📞  ⋮

Sunday, Mar 5 • 6:05 PM

Diamond Nexus: You could be the lucky winner of a pair of Eve Earrings. Click to see if you won!

https://www.diamondnex.us/h-3dQ

Text 'STOP' to be ordinary

Monday, Mar 6 • 11:01 AM

Diamond Nexus: Spring



+ 🖼 Text message 🙂 🎤

||| ◯ ‹

 
 

‹  👤  +1 414-626-1269  📹  📞  ⋮

Monday, Mar 6 • 11:01 AM

Diamond Nexus: Spring is here and so are the savings! Enjoy up to 50% off sitewide with the best deals of the season. Don't miss out - purchase today!

https://www.diamondnex.us/CkIn

Text 'STOP' to be ordinary

Monday, Mar 6 • 5:21 PM

⌄

Diamond Nexus: Ready

  Text message 🙂 🎤

 

1:28

+1 414-626-1269

Monday, Mar 6 • 5:21 PM

Diamond Nexus: Ready to tie the knot? Get the perfect band for your special day - Manhattan Petite Wedding Band now at an incredible price of $299! 🥰

https://www.diamondnex.us/e5_7

Text 'STOP' to be ordinary

Tuesday, Mar 7 • 11:23 AM

Text message

1:28       5G UC .ıll 22%

<   👤   +1 414-626-1269   🎥   📞   ⋮

Tuesday, Mar 7 • 11:23 AM

Diamond Nexus: ICYMI, celebrate your love with a special offer! The Manhattan Petite Wedding Band is now on sale for $299 - get it before it's gone. 🤗

https://www.diamondnex.us/2VuAX

Text 'STOP' to be ordinary

Tuesday, M⬇️7 • 5:53 PM

⊕   🖼️   Text message   🙂   🎤

|||     ◯     ‹

Case: 4:23-cv-00813-HEA   Doc. #: 10   Filed: 10/06/23   Page: 35 of 269 PageID #: 78

< +1 414-626-1269

**Tuesday, Mar 7 • 5:53 PM**

Diamond Nexus: Get the best of the best before it's gone! Enjoy up to 70% off on our exclusive clearance closeouts. Shop now.

https://www.diamondnex.us/nUAzL

Text 'STOP' to be ordinary

Text message

1:28

5G UC 22%

< +1 414-626-1269

Wednesday, Mar 8 • 11:20 AM

Diamond Nexus: Check out the newest addition to our collection! Our brand new Basket Set Bold Engagement Ring is now available - and you get first access. 🤫

https://www.diamondnex.us/xtDYS

Text 'STOP' to be ordinary

Wednesday, 8 • 6:10 PM

Text message



1:29    📞 ≫ 🛜 🖼        🔇 5G UC ⏸ 22% 🔋

‹    👤  **+1 414-626-1269**    🎥    📞    ⋮

Wednesday, Mar 8 • 6:10 PM

Diamond Nexus: Make a statement! Treat yourself to these Leto Pear Earrings, now at an unbeatable price of just $699. Get them before they're gone.

https://www.diamondnex.us/EN888

Text 'STOP' to be ordinary

Thursday, Mar 9 • 11:21 AM



Diamond Nexus: Planning

⊕   🖼    Text message    😊    🎤

|||    ◯    ‹

1:29 

5G UC ▪ 22%

< 👤 +1 414-626-1269 📹 📞 ⋮

**Thursday, Mar 9 • 11:21 AM**

Diamond Nexus: Planning a proposal? Check out our top tips to make your proposal extra special!

https://www.diamondnex.us/NMpgj

Text 'STOP' to be ordinary

**Thursday, Mar 9 • 5:09 PM**

Diamond Nexus: Missed this one? Don't worry, we've got you covered!

Text message 😊 🎤

1:29

5G UC ⚞ 22%

**< 👤 +1 414-626-1269**    📹   📞   ⋮

Thursday, Mar 9 • 5:09 PM

Diamond Nexus: Missed this one? Don't worry, we've got you covered! Get your Leto Pear Earrings for a fraction of the price - was $1750, now only $699! Purchase today!

https://www.diamondnex.us/KZVzn

Text 'STOP' to be ordinary

Friday, Mar 10 • 11:15 AM

⊕  🖼    Text message    😊  🎤

 
 
Friday, Mar 10 • 11:15 AM

Diamond Nexus:
LAB GROWN DIAMONDS 101: Everything you need to know. What they are, if they're real and how they are compare to mined diamonds and diamond alternatives. Discover new ways to sparkle. 

https://www.diamondnex.us/OQsEG

Text 'STOP' to be ordinary



   Text message   

  

Friday, Mar 10 • 5:18 PM

Diamond Nexus: Spring into savings! Get stunning jewelry and engagement rings for up to 50% off during our RING IN SPRING event. Don't miss out on these limited time prices. Shop now! 

https://www.diamondnex.us/ApTbe

Text 'STOP' to be ordinary

Text message

1:29     🔇 5G UC .ᵢₗₗ 23% 

‹   👤 +1 414-626-1269          📹   📞   ⋮

Saturday, Mar 11 • 1:05 PM

Diamond Nexus: Step up your look - check out our selection of beautiful stud earrings. Get them now and save up to 50%. 

https://www.diamondnex.us/79yAx

Text 'STOP' to be ordinary

Saturday, Mar 11 • 5:02 PM

Diamond Nexus: Our

    Text message   🙂   🎤

|||          ◯          ‹

  

 +1 414-626-1269

Saturday, Mar 11 • 5:02 PM

Diamond Nexus: Our pear cut basket set pendant is top rated for a reason. A timeless style that is meticulously crafted to it's highest quality. It's no wonder it's one of our most beloved pieces. Shop now and save up to 50% OFF 🍐 💎

https://www.diamondnex.us/PY3Hs

Text 'STOP' to be ordinary

  Text message  

   

< 👤 **+1 414-626-1269**  🎥  📞  ⋮

Sunday, Mar 12 • 5:17 PM

Diamond Nexus: Hey there! Are you wondering if you won the 3.72 carat tennis bracelet? Click to find out!

https://www.diamondnex.us/slelK

Text 'STOP' to be ordinary

Monday, Mar 13 • 11:56 AM

Diamond Ne⬇ Spring is in bloom 🌸 Celebrate

⊕  🖼  Text message  ☺  🎤

   

1:29

+1 414-626-1269

Monday, Mar 13 • 11:56 AM

Diamond Nexus: Spring is in bloom.  Celebrate with our floral-inspired Gardenia Cluster Studs. The perfect combination of beauty and luxury. Plus enjoy up to 50% off sitewide. Shop now.

https://www.diamondnex.us/L73-4

Text 'STOP' to be ordinary

Text message

1:29

**Monday, Mar 13 • 6:36 PM**

Diamond Nexus: Looking for a fairytale proposal? We've got the perfect ring for you! This Cinderellas Staircase Princess Cut Engagement Ring is now over  50% OFF - get it before the clock strikes 12! 

https://www.diamondnex.us/yol6L

Text 'STOP' to be ordinary

Text message

Case: 4:23-cv-00813-HEA    Doc. #: 10    Filed: 10/06/23    Page: 47 of 269 PageID #: 98

1:30

**+1 414-626-1269**

Tuesday, Mar 14 • 11:17 AM

Diamond Nexus: Shop the best of the best before it's too late! Be the first to see up to 70% off on these special one-of-a-kind clearance pieces.

https://www.diamondnex.us/zqbZL

Text 'STOP' to be ordinary

Tuesday, Mar 14 • 7:05 PM

Text message

+1 414-626-1269

Tuesday, Mar 14 • 7:05 PM

Diamond Nexus: ICYMI, find your happily ever after with this stunning Cinderella Staircase Princess Cut Engagement Ring! Was $2,665, now just $1,199! Don't miss out!

https://www.diamondnex.us/tiy-f

Text 'STOP' to be ordinary

Wednesday, Mar 15 • 1:04 PM

Text message

1:30   🔕 5G UC .ıll 23% 🔋

< 👤 **+1 414-626-1269** 🎥 📞 ⋮

Wednesday, Mar 15 • 1:04 PM

Diamond Nexus: Treat yourself! This 3-piece basket set with a dazzling 3.00 ct. tw. center is now at an unbelievable price of $599

https://www.diamondnex.us/E-0U9

Text 'STOP' to be ordinary

Wednesday, ⬇ 15 • 5:20 PM

⊕ 🖼 Text message 🙂 🎤

   



5G UC ⁞⁞ᵢₗ 23% 🔋

 +1 414-626-1269  

Wednesday, Mar 15 • 5:20 PM

Diamond Nexus: The hardest working piece in your jewelry box. Meet our hoop earrings collection, from small hoops to big hoops and everything in between. Find your perfect match and save up to 50% OFF. 

https://www.diamondnex.us/Js5uE

Text 'STOP' to be ordinary

  Text message  

  

1:30

+1 414-626-1269

Thursday, Mar 16 • 12:04 PM

Diamond Nexus: Hey there! Don't miss out on this awesome deal - get the Round Cut Pendant & Stud Set for only $599 (was $1,465). Get it before it's gone!

https://www.diamondnex.us/FLdkG

Text 'STOP' to be ordinary

Thursday, Mar 16 • 6:44 PM

Text message

1:30

+1 414-626-1269

Thursday, Mar 16 • 6:44 PM

Diamond Nexus:
Luxury meets sparkle!
Discover our must-have
Moissanite pieces - now
up to 50% OFF! 💎

https://www.diamondnex
.us/zHVQ3

Text 'STOP' to be
ordinary

Friday, Mar 17 • 1:07 PM

Diamond Nexus: Add a

Text message

1:30

+1 414-626-1269

5G UC 23%

Friday, Mar 17 • 1:07 PM

Diamond Nexus: Add a little Irish flair – explore our Celtic Knot ring collection today! 🍀

https://www.diamondnex.us/AKuL4

Text 'STOP' to be ordinary

Friday, Mar 17 • 5:03 PM

Diamond Nexus: You'll be the envy of everyone

Text message

Friday, Mar 17 • 5:03 PM

Diamond Nexus: You'll be the envy of everyone in the room. We have Lab Diamond Emerald stud earrings for every occasion! Shop now. 😍

https://www.diamondnex.us/9yjFo

Text 'STOP' to be ordinary

Saturday, Mar 18 • 5:43 PM

Diamond Nexus: Meet your new best friend.

Text message

1:30



5G UC 23%

< 👤 +1 414-626-1269   📹   📞   ⋮

Saturday, Mar 18 • 5:43 PM

Diamond Nexus: Meet your new best friend. The Nexus Diamond™ Alternative - absolutely perfect in every way, while costing significantly less. Click to learn more. 🤩

https://www.diamondnex.us/Yh_yz

Text 'STOP' to be ordinary



Sunday, Mar 19 • 12:30 PM

⊕ 🖼️ Text message 🙂 🎤

   

1:31

+1 414-626-1269

Sunday, Mar 19 • 12:30 PM

Diamond Nexus: Spring is in the air and so are the savings! Get up to 50% off sitewide before this amazing deal ends tonight. Shop now.

https://www.diamondnex.us/XC869

Text 'STOP' to be ordinary

Sunday, Mar 19 • 6:23 PM

Diamond Nexus: Are you

Text message

Case: 4:23-cv-00813-HEA    Doc. #: 10    Filed: 10/06/23    Page: 57 of 269 PageID #: 98

1:31

+1 414-626-1269

Sunday, Mar 19 • 6:23 PM

Diamond Nexus: Are you wondering if you won the Evening Glow Necklace? Click to find out!

https://www.diamondnex.us/XVxZG

Text 'STOP' to be ordinary

Monday, Mar 20 • 12:42 PM

Diamond Nexus: Daily Drop Alert! 💎 Get the stunning Heart Cut

Text message

1:31

+1 414-626-1269

Monday, Mar 20 • 12:42 PM

Diamond Nexus: Daily Drop Alert! 💎 Get the stunning Heart Cut Filigree Pendant for just $199 (was $638). Don't miss out on this limited time offer! Shop now and add some sparkle to your look.

https://www.diamondnex.us/44LAa

Text 'STOP' to be ordinary

Text message



< +1 414-626-1269

Monday, Mar 20 • 6:36 PM

Diamond Nexus: 💕 It's National Proposal Day! Get ready to pop the question with a stunning engagement ring 💍. Don't miss our Spring sale with up to 30% off sitewide! 💐

https://www.diamondnex.us/2wm25

Text 'STOP' to be ordinary

Text message

1:31

+1 414-626-1269

Tuesday, Mar 21 • 11:15 AM

Diamond Nexus: ICYMI, our Heart Cut Filigree Pendant is still available for just $199 (originally $638). This stunning piece is the perfect addition to any jewelry collection. Order now before it's too late!

https://www.diamondnex.us/E2GOZd

Text 'STOP' to be ordinary

Text message

 

<  +1 414-626-1269    🎥   📞   ⋮

Tuesday, Mar 21 • 6:55 PM

Diamond Nexus: It's time to score amazing deals on clearance jewelry—up to 70% off. Shop these special one-of-a-kind pieces before they're gone!

https://www.diamondnex.us/WEXsw

Text 'STOP' to be ordinary

Wednesday, Mar 22 • 11:03 AM

Text message   ☺   🎤

+1 414-626-1269

Wednesday, Mar 22 • 11:03 AM

Diamond Nexus: 🚨 FINAL HOURS 🚨 Don't miss out on these exclusive Clearance Closeouts! Up to 70% off. Time is running out, act fast while supplies last!

https://www.diamondnex.us/a_1Ra

Text 'STOP' to be ordinary

Wednesday, Mar 22 • 6:39 PM

Text message

Case: 4:23-cv-00813-HEA   Doc. #: 10   Filed: 10/06/23   Page: 93 of 269 PageID #: 104

Wednesday, Mar 22 • 6:39 PM

Diamond Nexus: Daily Drop alert! Get the sterling silver Bound Within Bracelet for just $199 (originally $540). Perfect for gifting or treating yourself. 🎁 Don't miss out on this limited time offer!

https://www.diamondnex.us/cmBh0

Text 'STOP' to be ordinary

Text message

Thursday, Mar 23 • 12:42 PM

Diamond Nexus: 🚨 REMINDER🚨 You don't want to miss this! Get the Bound Within Bracelet at a special sale price of $199 (orig. $540). Perfect as a gift or for yourself!

Hurry, this deal ends tonight!

https://www.diamondnex.us/0wUJ5

Text 'STOP' to be ordinary

Text message

Case: 4:23-cv-00813-HEA   Doc. #: 10   Filed: 10/06/23   Page: 65 of 269 PageID #: 106

+1 414-626-1269

Thursday, Mar 23 • 6:45 PM

Diamond Nexus: Get ready for some spring savings! Our Spring Sale is here - Enjoy up to 30% off everything on our site. 

https://www.diamondnex.us/dgkUa

Text 'STOP' to be ordinary

Friday, Mar 24 • 12:39 PM

Diamond Nexus: Get

Text message

< 👤 +1 414-626-1269 ▯◻ 📞 ⋮

**Friday, Mar 24 • 12:39 PM**

Diamond Nexus: Get ready to fall head over heels with our selection of lab grown diamond, moissanite, and Nexus Diamond™ Alternative bands. Yes, we have matching bands. 😉

https://www.diamondnex.us/oe9xWg

Text 'STOP' to be ordinary

⊕ 🖼 | Text message | ☺ 🎤

||| ◯ ‹

< 👤 +1 414-626-1269   📹  📞  ⋮

Friday, Mar 24 • 6:45 PM

Diamond Nexus: Show yourself a little love, you deserve it. 🤗 Use code WEEKEND10 to receive an extra 10% off your order, this weekend only! Excludes lab diamonds & clearance.

https://www.diamondnex.us/VqXyU

Text 'STOP' to be ordinary

Text message

  



+1 414-626-1269

Saturday, Mar 25 • 1:04 PM

Diamond Nexus: Get ready for the big day ! From brides to bridesmaids, we've got you covered with the perfect accessories. Shop our assortment of fine jewelry hand-picked to complete any outfit.

https://www.diamondnex.us/vrjAv

Text 'STOP' to be ordinary

  Text message  

  

< 👤 +1 414-626-1269 📹 📞 ⋮

Saturday, Mar 25 • 6:53 PM

Diamond Nexus: Get ready to shine with an extra 10% off your order! ✨ Use code WEEKEND10 at checkout before it expires! 24 hours left! Excludes lab diamonds & clearance.

https://www.diamondnex.us/OTQ-W

Text 'STOP' to be ordinary

Sunday, Mar 26 • 12:31 PM

Text message 😊 🎤

 

<  +1 414-626-1269 

Sunday, Mar 26 • 12:31 PM

Diamond Nexus: For a limited time, enjoy a special 10% off discount on our entire lab grown diamond collection! Certified by the industry's leading authorities such as GIA, IGI, and more.

https://www.diamondnex.us/MPHAl

Text 'STOP' to be ordinary

  Text message  

  

1:32



+1 414-626-1269

Sunday, Mar 26 • 7:20 PM

Diamond Nexus: The winner of the Chance Earrings has been revealed! Click now to find out if you were the lucky one. 🤞

https://www.diamondnex.us/qiBl1

Text 'STOP' to be ordinary

Monday, Mar 27 • 12:28 PM

Diamond Nexus: 🌷 Our

Text message

10:02

+1 414-626-1269

Monday, Mar 27 • 5:37 PM

Diamond Nexus: JUST IN! 📣 This Daily Drop features our Diamond Diva Wedding Band set with Nexus Diamond™ Alternatives (0.98 ct. tw. DEW) And for a limited time, you can get it at an exclusive price of just $599 (originally $1,390)

https://www.diamondnex.us/uBUf3

Text 'STOP' to be ordinary

Text message

10:02

+1 414-626-1269

Tuesday, Mar 28 • 6:11 PM

Diamond Nexus: Don't let these clearance deals slip away! Hurry and shop now for up to 70% off select items while supplies last.

https://www.diamondnex.us/AQU7N

Text 'STOP' to be ordinary

Wednesday, 29 • 1:11 PM

Text message

1:40   5G UC .ill 26%

< 👤 +1 414-626-1269 📹 📞 ⋮

Saturday, Apr 1 • 5:50 PM

Diamond Nexus: 💎
April's Birthstone is the diamond, a symbol of strength and everlasting love. Browse our collection of lab diamond jewelry and find the perfect piece to wear with pride. ✨

https://www.diamondnex.us/Ym1Ul

Text 'STOP' to be ordinary

  Text message ☺ 🎤

1:39

+1 414-626-1269

Tuesday, Mar 28 • 12:23 PM

Diamond Nexus: ICYMI—You can still get a stunning Diamond Diva Wedding Band (0.98 ct. tw. DEW) at an exclusive price of just $599 (originally $1,390) for a limited time. Deal ends tonight!

https://www.diamondnex.us/mcbb-

Text 'STOP' to be ordinary

Text message

  
‹  👤  +1 414-626-1269  📹  📞  ⋮

Friday, Mar 31 • 12:23 PM

Diamond Nexus: Bring the ocean's beauty to your jewelry collection with our Pearl Collection! From necklaces to earrings, our pearls are perfect for any occasion.

https://www.diamondnex.us/2GRmG

Text 'STOP' to be ordinary

Friday, Mar 31 • 6:03 PM

⊕      Text message    ☺  🎤

      

1:40

+1 414-626-1269

Friday, Mar 31 • 6:03 PM

Diamond Nexus: 🌺 Spring Savings end this weekend! Shop now and save up to 30% off sitewide.

https://www.diamondnex.us/rGwhh

Text 'STOP' to be ordinary

Saturday, Apr 1 • 12:17 PM

Diamond Ne — Need a little help for your

Text message

   

< 👤 +1 414-626-1269    📹    📞    ⋮

Saturday, Apr 1 • 12:17 PM

Diamond Nexus: Need a little help for your next purchase? We've got you covered with our financing & leasing options - check them out today!

https://www.diamondnex.us/11BPK

Text 'STOP' to be ordinary

Saturday, ↓ • 5:50 PM

  Text message ☺ 🎤

  

1:39             🔇 5G UC .ⅲ 26% 🔋

< 👤 +1 414-626-1269   📹   📞   ⋮

Wednesday, Mar 29 • 1:11 PM

Diamond Nexus: Get our stunning Moissanite Cushion Cut Stud Earrings (2 tcw DEW) for just $299 (originally $850) while supplies last!

https://www.diamondnex.us/RmtV7D

Text 'STOP' to be ordinary

Wednesday, ⬇ 29 • 6:24 PM

⊕    Text message   ☺  🎤

|||          ◯          ‹

1:40    5G UC .ıll 26%

< 👤 +1 414-626-1269  📹  📞  ⋮

Thursday, Mar 30 • 12:36 PM

Diamond Nexus:
Yesterday's Daily Drop
featured our stunning
Moissanite Cushion
Cut Stud Earrings (2
tcw DEW) for just $299
(originally $850). If you
missed it, don't worry—
we're giving you another
chance to grab a pair
today!

https://www.diamondnex
.us/dd-EB

Text 'STOP' to be
ordinary

   Text message  ☺  🎤

1:39  5G UC 26% 

< 👤 +1 414-626-1269  📹  📞  ⋮

**Wednesday, Mar 29 • 6:24 PM**

Diamond Nexus: Discover the buzz around town with lab-grown diamonds! Say goodbye to mining and embrace the new age of diamonds. Did you know that lab-grown diamonds are the same exact thing as mined diamonds? Join the sparkling conversation and learn more about the brilliance of lab diamonds.

https://www.diamondnex.us/TETYt

  Text message 😊 🎤

||| ◯ ‹

1:39



+1 414-626-1269

Sunday, May 28 • 11:07 AM

👯 National Best Friends Day: Celebrate your BFF with something from our fine jewelry collection! Shop now! 💖

https://www.diamondnex.us/f-vBi

Text 'STOP' to be ordinary



Text message

1:39

+1 414-626-1269

Tuesday, Mar 28 • 6:11 PM

Diamond Nexus: Don't let these clearance deals slip away! Hurry and shop now for up to 70% off select items while supplies last.

https://www.diamondnex.us/AQU7N

Text 'STOP' to be ordinary

Wednesday, Mar 29 • 1:11 PM

Text message

1:40

+1 414-626-1269

Thursday, Mar 30 • 6:00 PM

Diamond Nexus: Get ready to shine! ✨ For a limited time, make a purchase of $1,000 or more and receive a free gift: Screw Back Round Cut Studs!

https://www.diamondnex.us/3cNz7

Text 'STOP' to be ordinary

Text message

1:40

+1 414-626-1269

Saturday, Apr 1 • 5:50 PM

Diamond Nexus: 
April's Birthstone is the diamond, a symbol of strength and everlasting love. Browse our collection of lab diamond jewelry and find the perfect piece to wear with pride. ✨

https://www.diamondnex.us/Ym1Ul

Text 'STOP' to be ordinary

Text message

1:41        5G UC .ull 26% ⚡

< 👤 **+1 414-626-1269**   ▭◀   📞   ⋮

Wednesday, Apr 5 • 12:20 PM

Diamond Nexus: ICYMI, we have incredible Clearance Deals! 🏷️ Be sure to check out our clearance closeouts where you can save up to 70% off select items. Shop now while supplies last!

https://www.diamondnex.us/K_NVN

Text 'STOP' to be ordinary



  Text message 🙂 🎤

      

<    👤    **+1 414-626-1269**    📹   📞   ⋮

**Thursday, Apr 6 • 12:07 PM**

Diamond Nexus: Don't miss out on this Daily Drop! Featuring the stunning 3.72 ct Tennis Bracelet, it's only $1,299! Available in white gold and yellow gold only.

This incredible deal ends soon, so act fast and make it yours!

https://www.diamondnex.us/netbC

Text 'STOP' to be ordinary

⊕   🖼️    Text message    ☺   🎤

|||     ○     ‹

1:42

+1 414-626-1269

Wednesday, Apr 12 • 1:35 PM

Diamond Nexus:  Don't forget to shop our Clearance Closeouts and save up to 70% off on limited stock items! 🏷️ Get them now before they're gone!

https://www.diamondnex.us/Vydxy

Text 'STOP' to be ordinary

Wednesday, 12 • 6:07 PM

Text message

1:42

5G UC 27%

+1 414-626-1269

Friday, Apr 14 • 12:21 PM

Diamond Nexus: 🎁 Get a FREE jewelry cleaner pen with any purchase of $500 or more! Unwrap the gift of sparkle and shine with Diamond Nexus.

https://www.diamondnex.us/Toc1K

Text 'STOP' to be ordinary

Friday, Apr • 6:19 PM

Text message

1:51  5G UC 30% 

< 👤 +1 414-626-1269 🎥 📞 ⋮

Monday, Apr 24 • 6:40 PM

Diamond Nexus: 🚨 Just in: Save up to 30% on engagement rings and get a FREE Three stone cluster studs on orders over $750!

https://www.diamondnex.us/bQNvD

Text 'STOP' to be ordinary

Tuesday, Apr 25 • 12:02 PM

↓

Diamond Nexus: Act fast!

  Text message ☺ 🎤

||| ◯ ‹

1:51  5G UC 30% 

< 👤 +1 414-626-1269 📹 📞 ⋮

**Wednesday, Apr 26 • 11:48 AM**

Diamond Nexus: ICYMI 🏷️ Clearance Closeouts! Get up to 70% off select items. Act fast to grab these deals before they're gone! Don't wait too long.

https://www.diamondnex.us/LcNTM

Text 'STOP' to be ordinary

**Wednesday, Apr 26 • 5:43 PM**

Text message

1:52                      🔇 5G UC .ill 30% 🔋

< ⬤ +1 414-626-1269  📹  📞  ⋮

Tuesday, May 2 • 11:34 AM

⚡ ICYMI: Daily Drop -
Miami Wedding Band 💍
Originally $750, now only
$499 for today!

https://www.diamondnex
.us/gDtzT

Text 'STOP' to be
ordinary

Tuesday, May 2 • 5:12 PM

↓

🎉 Clearance Closeouts!

⊕   Text message  ☺  🎤

|||        ◯        ‹

Case: 4:23-cv-00813-HEA   Doc. #: 10   Filed: 10/06/23   Page: 93 of 269 PageID #: 134

‹  👤  +1 414-626-1269   📹   📞   ⋮

Saturday, May 6 · 5:00 PM

Shine bright with our lab grown diamond pendants. Sustainable luxury has never looked so good! ✨

https://www.diamondnex.us/HQ69B

Text 'STOP' to be ordinary

Sunday, May 7 · 1:38 PM

Wedding Band Savings Event ends tonight! Grab your perfect ⬇ r 💍 at

⊕  🖼️   Text message   ☺  🎤

|||   ◯   ‹

10:03

+1 414-626-1269

Monday, May 15 • 5:33 PM

💍 Wedding Season Sale: Save up to 30% sitewide on stunning jewelry perfect for your special day! 🎉

https://www.diamondnex.us/7fjcv

Text 'STOP' to be ordinary



Text message

Case: 1:23-cv-00813-HEA   Doc. #: 10   Filed: 10/06/23   Page: 95 of 269 PageID #: 136

+1 414-626-1269



💍 Wedding Season Sale: Save up to 30% sitewide on stunning jewelry perfect for your special day! 🎉

https://www.diamondnex.us/7fjcv

Text 'STOP' to be ordinary

5:33 PM



Text message

1:54   5G UC 31%

< 👤 +1 414-626-1269 📹 📞 ⋮

Tuesday, May 16 • 5:11 PM

🏷️ Clearance Closeouts! Score amazing deals on sustainable jewelry while supplies last! 💎

https://www.diamondnex.us/ZlXEx

Text 'STOP' to be ordinary



  Text message  

||| ◯ <

< 👤 +1 414-626-1269 📹 📞 ⋮

Saturday, May 20 • 5:15 PM

Last weekend! 💎 Get a pair of FREE Three Stone Cluster Studs with any order of $750+

https://www.diamondnex.us/GX2_N

Text 'STOP' to be ordinary



10:04

**+1 414-626-1269**

Sunday, May 21 • 11:01 AM

For the modern groom, check out our contemporary men's bands! Because every groom deserves a touch of class! 💍

https://www.diamondnex.us/wk03_3

Text 'STOP' to be ordinary



10:04

+1 414-626-1269



MEN'S BANDS

For the modern groom, check out our contemporary men's bands! Because every groom deserves a touch of class! 💍

https://www.diamondnex.us/wk03_3

Text 'STOP' to be ordinary

11:01 AM



Text message

 

< 👤 +1 414-626-1269 📹 📞 ⋮



💍 Summer Stacks! Mix & match your favorite stacking bands to create the ultimate summer look. Delicate, intricate, and bold styles available now.

https://www. ↓ mondnex

  Text message ☺ 🎤

||| ◯ ‹

**+1 414-626-1269**

Thursday, May 25 • 11:17 AM

Get the Infinite Love Wedding Band set with Moissanite for just $499 (originally $1,090) 🏷️ Today only!

https://www.diamondnex.us/69WQt

Text 'STOP' to be ordinary



10:05

+1 414-626-1269

Get the Infinite Love Wedding Band set with Moissanite for just $499 (originally $1,090) 🏷️ Today only!

https://www.diamondnex.us/69WQt

Text 'STOP' to be ordinary

11:17 AM



Text message



10:06    76%

<   👤   **+1 414-626-1269**   📹   📞   ⋮

Monday, May 29 • 11:10 AM

Get your hands on our stunning Infinitely Bound Bracelet! WAS $580, it's NOW only $249 for the next 48 hours! This deal is too good to miss! 💎

https://www.diamondnex.us/tEu2e

Text 'STOP' to be ordinary



INFINITELY BOUND
BRACELET

⊕   🖼️   Text message   🙂   🎤

|||    ◯    ‹

Case 4:23-cv-00813-HEA   Doc. #: 10   Filed: 10/06/23   Page: 104 of 269 PageID #: 145

< +1 414-626-1269

Tuesday, May 30 • 5:02 PM

🏷️ Clearance Closeouts! Enjoy up to 70% off on select pieces. Time is of the essence, once they're gone, they're gone for good!

https://www.diamondnex.us/clBBc

Text 'STOP' to be ordinary



CLEARANCE CLOSEOUTS
UP TO 70% OFF

Text message





< 👤 +1 414-626-1269 📹 📞 ⋮

Saturday, Jun 3 • 5:06 PM

🔥 Lab Diamond Jewelry up to 20% OFF, our biggest sale ever! Ends tomorrow night! Don't miss out! Shop now at Diamond Nexus. 💎 💍 ✨

https://www.diamondnex.us/xie_D

Text 'STOP' to be ordinary



  Text message  

|||      ◯      ‹

2:06                      5G UC .ıll 35% 

< ● +1 414-626-1269 ▢ ☎ ⋮

Ends tomorrow! Last chance to get 10% off your custom designs. Bring your vision to life and make it your own.✨

https://www.diamondnex.us/PjTVJ

Text 'STOP' to be ordinary



  Text message ☺  

||| ◯ ‹



Case: 4:23-cv-00813-HEA   Doc. #: 10   Filed: 10/06/23   Page: 107 of 269 PageID #: 148

< 👤 +1 414-626-1269 📹 📞 ⋮

Sunday, Jun 11 • 8:14 PM

And the drumroll begins...🌟 Are you this week's lucky winner? Click now to find out

https://www.diamondnex.us/hhtAr

Text 'STOP' to be ordinary



⊕ 🖼 Text message ☺ 🎤

  

1:39

+1 414-626-1269

Tuesday, Mar 28 • 12:23 PM

Diamond Nexus: ICYMI —You can still get a stunning Diamond Diva Wedding Band (0.98 ct. tw. DEW) at an exclusive price of just $599 (originally $1,390) for a limited time. Deal ends tonight!

https://www.diamondnex.us/mcbb-

Text 'STOP' to be ordinary

Text message

1:41    5G UC 📶 26% 

< 👤 **+1 414-626-1269** 🎥 📞 ⋮

Wednesday, Apr 5 • 6:55 PM

Diamond Nexus: 🔥 Daily Drop Alert🔥 Get your hands on the stunning 3.72 ct DEW Tennis Bracelet for only $1,299 (was $2,300)! In white gold or yellow gold only. Don't miss out on this incredible deal, act fast before it's gone!

https://www.diamondnex.us/CR86G

Text 'STOP' to be ordinary



⊕   Text message 🙂 🎤

 

||| ◯ ‹

1:40     5G UC 26% 

<    👤    +1 414-626-1269    🎥   📞   ⋮

**Tuesday, Apr 4 • 12:15 PM**

Diamond Nexus: 🌟
ICYMI: Lab Diamond Daily
Drop!

Featuring a breathtaking
Round Cut Basket Set
Pendant with a 1ct
certified Lab Grown
Diamond. This exclusive
price is available for
just $1,119 (originally
$1,325) for today only.
Don't wait to add this
stunning pendant to your
collection.

https://www.   mondnex
us/h.Jtyc

     Text message     



< +1 414-626-1269

Saturday, Apr 8 • 6:12 PM

Diamond Nexus: ⌛
Your chance to save up
to 30% on our stunning
rings is slipping away.
Don't forget to complete
your wedding look with
a matching band for an
extra 10% off. 💍

https://www.diamondnex
.us/E8e4

Text 'STOP' to be
ordinary

Sunday, A    • 11:24 AM

Text message

1:42   5G UC 27%

< 👤 +1 414-626-1269 📹 📞 ⋮

Friday, Apr 14 • 6:19 PM

Diamond Nexus:
🎉 Introducing the
Classic Arezzo line
and its matching
band! Complete your
engagement ring set.
Upgrade your proposal
game today! 💍

https://www.diamondnex
.us/UTry1

Text 'STOP' to be
ordinary

Saturday, Apr 15 • 12:04 PM

  Text message ☺ 🎤

||| ◯ ‹

1:50                    5G UC 30%

‹   👤   +1 414-626-1269      📹    📞    ⋮

Saturday, Apr 22 • 1:00 PM

Diamond Nexus: 🌎 Earth Day! Choose brilliance with a conscience! 💎 Explore our SCS certified lab grown diamonds (½ carat+), A+ rated for sustainable production methods.

https://www.diamondnex.us/wF8ys

Text 'STOP' to be ordinary



    Text message   ☺   🎤

|||          ◯          ‹    

1:51 

 5G UC 30%

**< 👤 +1 414-626-1269** 📹 📞 ⋮

Thursday, Apr 27 • 7:17 PM

💍 30% Off Engagement Rings and Bands 💍 Find your dream ring at an unbeatable price.

https://www.diamondnex.us/YknKg

Text 'STOP' to be ordinary

Friday, Apr 28 • 1:11 PM

💎 Get more sparkle for your buc' ↓ 'th our lab grown diamond

⊕   Text message  ☺ 🎤

|||      ◯      ‹

1:53

+1 414-626-1269

Thursday, May 4 • 6:53 PM

Wedding Band Savings: Discover your dream match 💍 with jaw-dropping discounts - 30% off bands & 20% off engagement rings! 🎉

https://www.diamondnex.us/BjkMp

Text 'STOP' to be ordinary

Friday, M ⬇ • 1:06 PM

Text message

< 👤 +1 414-626-1269 📹 📞 ⋮

Saturday, May 6 • 11:26 AM

🌟 Influencer-approved alert! 🚨 Claw prong necklaces are taking the spotlight! 💍 Sport the same stunning style as your fave influencers. ✨

https://www.diamondnex.us/gptzt

Text 'STOP' to be ordinary

Saturday, May 6 • 5:00 PM

⊕ 🖼 Text message ☺ 🎤

||| ◯ ‹

Case: 4:23-cv-00813-HEA   Doc. #: 10   Filed: 10/06/23   Page: 117 of 269 PageID #: 158

< 👤 +1 414-626-1269 📹 📞 ⋮

Thursday, May 4 • 6:53 PM

Wedding Band Savings: Discover your dream match 💍 with jaw-dropping discounts - 30% off bands & 20% off engagement rings! 🎉

https://www.diamondnex.us/BjkMp

Text 'STOP' to be ordinary

Friday, M ↓ • 1:06 PM

Text message 😊 🎤

||| ○ ‹

1:54    🔇 5G UC ⋯�III 31% 🔋

< 👤 +1 414-626-1269  📹 📞 ⋮

Tuesday, May 16 • 11:19 AM

ENDS TONIGHT! Treat yourself to our Round Cut Claw Prong Necklace, 1 tcw LAB DIAMOND, for an exclusive price of $1,249 (WAS: $1,480) 💎

https://www.diamondnex.us/VcxVs

Text 'STOP' to be ordinary



⊕   Text message  ☺ 🎤

||| ◯ ‹

1:55    5G UC 31% 

< 👤 +1 414-626-1269 📹 📞 ⋮

Saturday, May 20 • 11:13 AM

💎 Glam up your everyday look with our certified lab diamond stud earrings! ✨ Ethically sourced & brilliantly sparkling

https://www.diamondnex.us/mDTjx

Text 'STOP' to be ordinary



  Text message 🙂 🎤

||| ○ ‹

Case: 4:23-cv-00813-HEA  Doc. #: 10  Filed: 10/06/23  Page: 120 of 269 PageID #: 161

< 👤 +1 414-626-1269 📹 📞 ⋮

Celebrate the season of love with our Wedding Season Sale! Enjoy up to 30% off on all jewelry sitewide. ✨

https://www.diamondnex.us/kWmOR

Text 'STOP' to be ordinary



⊕ 🖼 Text message ☺ 🎤

||| ◯ ‹

1:58

+1 414-626-1269

🌟 Bound Bracelets starting at just $329! ✨ Add some class to your wrist with these stunning bracelets.

https://www.diamondnex.us/OdORJ

Text 'STOP' to be ordinary



Text message

2:00  🔔 ☀️ 5G UC 📶 33% 

< 👤 +1 414-626-1269 📹 📞 ⋮

## Saturday, Jun 3 • 11:04 AM

Ends tomorrow! Last chance to get 10% off your custom designs. Bring your vision to life and make it your own.✨

https://www.diamondnex.us/PjTVJ

Text 'STOP' to be ordinary



  Text message ☺ 🎤

||| ◯ <

Case: 4:23-cv-00813-HEA Doc. #: 10 Filed: 10/06/23 Page: 123 of 269 PageID #: 164

+1 414-626-1269

⌛ Today Only! Grab our East-West Oval Cut Necklace, 1 tcw, Lab Grown Diamond at $1399 (WAS: $1670)! 💎

https://www.diamondnex.us/BscZ5

Text 'STOP' to be ordinary



Text message

Case: 4:23-cv-00813-HEA Doc. #: 10 Filed: 10/06/23 Page: 124 of 269 PageID #: 165



< 👤 +1 414-626-1269 🎥 📞 ⋮

Saturday, Jun 3 • 5:06 PM

🔥 Lab Diamond Jewelry up to 20% OFF, our biggest sale ever! Ends tomorrow night! Don't miss out! Shop now at Diamond Nexus. 💎 💍 ✨

https://www.diamondnex.us/xie_D

Text 'STOP' to be ordinary



  Text message  

||| ◯ ‹

2:08

+1 414-626-1269

5G UC 36%

Monday, Jun 12 • 11:04 AM

Shine brighter with our Daily Drop! Save $200 on Pandora Earrings, featuring lab grown diamonds. Now only $1,099. Deal ends tomorrow!🌟

https://www.diamondnex.us/yhVpk

Text 'STOP' to be ordinary



PANDORA EARRINGS
LAB DIAMONDS - 1tcw

Text message

1:40  5G UC 26% 

< 👤 +1 414-626-1269 📹 📞 ⋮

Friday, Mar 31 • 12:23 PM

Diamond Nexus: Bring the ocean's beauty to your jewelry collection with our Pearl Collection! From necklaces to earrings, our pearls are perfect for any occasion.

https://www.diamondnex.us/2GRmG

Text 'STOP' to be ordinary

Friday, Mar 31 • 6:03 PM

  Text message ☺ 🎤

||| ◯ <

1:41

+1 414-626-1269

Diamond Nexus: Unbeatable Clearance Deals! 🏷️ Don't miss out on your chance to save up to 70% off select items. Shop now while supplies last!

https://www.diamondnex.us/ijmmF

Text 'STOP' to be ordinary

Text message

Case: 4:23-cv-00813-HEA Doc. #: 10 Filed: 10/06/23 Page: 128 of 269 PageID #: 169

1:41    5G UC 26% 

< 👤 +1 414-626-1269 📹 📞 ⋮

Friday, Apr 7 • 5:58 PM

Diamond Nexus: 💍 Tie the knot with lab grown sparkle! Find all your wedding jewelry essentials in our Wedding Shop Collection. Don't miss out on the chance to add some extra sparkle to your special day! ✨

https://www.diamondnex.us/5-lbO

Text 'STOP' to be ordinary



  Text message 🙂 🎤  

  ‹

1:41

+1 414-626-1269

Saturday, Apr 8 • 12:14 PM

Diamond Nexus: 💍 Wedding Bands To Treasure💎 Don't settle for anything less than perfection on your big day. Shop now.

https://www.diamondnex.us/hah6H

Text 'STOP' to be ordinary

Saturday, Apr 8 • 6:12 PM

Diamond Nexus:

Text message

   
<   +1 414-626-1269   🎥   📞   ⋮

**Sunday, Apr 16 • 7:15 PM**



Diamond Nexus: 🎎 Did You Win? Click Now And See If You're The Winner. 🎉

https://www.diamondnex.us/BNnBr

Text 'STOP' to be ordinary

**Monday, Apr 17 • 12:01 PM**

Diamond Nexus: 48 Hours only! ⟨↓⟩ a dazzling 1.5 DEW

    Text message    

1:43  5G UC 27%

< 👤 **+1 414-626-1269** 📹 📞 ⋮

Sunday, Apr 16 • 7:15 PM

Diamond Nexus: 🎰 Did You Win? Click Now And See If You're The Winner. 🎉

https://www.diamondnex.us/BNnBr

Text 'STOP' to be ordinary

Monday, Apr 17 • 12:01 PM

Diamond Nexus: 48 Hours only! Get a dazzling 1.5 DEW

  Text message 😊 🎤

||| ◯ ‹

1:51                     5G UC �llll 30% 

< ● +1 414-626-1269 ◻ 📞 ⋮

Tuesday, Apr 25 • 12:02 PM

Diamond Nexus: Act fast!
⏰ You have less than 24
hours left to score our
Round Cut Solitaire Drops
for just $499 (regularly
$914).

https://www.diamondnex
.us/7Xhmh

Text 'STOP' to be
ordinary

Tuesday, A     5 • 6:00 PM

⊕     Text message    ☺ 🎤

|||            ◯            ‹

< +1 414-626-1269

Thursday, Apr 27 • 11:58 AM

🚨 Last Chance! Don't miss out on today's Daily Drop for the Renee Earrings with 1 TCW at $1,099 (originally $1,300). This deal ends in 24 hours.

Text 'STOP' to be ordinary

Thursday, Apr 27 • 7:17 PM

💍 30% Off Engagement Rings and Bands 💍 Find

Text message

1:52 🛜  🔇 5G UC 📶 30% 🔋

< 👤 +1 414-626-1269 📹 📞 ⋮

Monday, May 1 • 5:53 PM

💏 Wedding Band Savings Event: Find your perfect match 💍 at unbeatable prices - 30% off bands & 20% off engagement rings

https://www.diamondnex.us/UrXoj

Text 'STOP' to be ordinary

Tuesday, May 2 • 11:34 AM

⚡ ICYMI: Daily Drop -

⊕ 🖼️ Text message ☺ 🎤

||| ◯ ‹

 
Case: 4:23-cv-00813-HEA   Doc. #: 10   Filed: 10/06/23   Page: 135 of 269 PageID #: 170

<  +1 414-626-1269      ⌕ ⋮

**Wednesday, May 17 • 11:12 AM**

Mix, match & layer earrings to create your ultimate summer vibe. Shop now! ✨

https://www.diamondnex.us/rUQIv

Text 'STOP' to be ordinary



  Text message  

  



< 👤 +1 414-626-1269 📹 📞 ⋮

Monday, May 22 • 11:13 AM

Just dropped! Emerald Cut Solitaire Drop Earrings - Originally $914, now only $499! ✨ Perfect for gifting.

https://www.diamondnex.us/lZmBm

Text 'STOP' to be ordinary



⊕ 🖼 Text message 😊 🎤

||| ◯ ‹

1:56

+1 414-626-1269



For the next 48 hours, get the stunning Infinite Love Wedding Band set with Moissanite for just $499 (originally $1,090). 💍 Don't miss out on this limited-time offer!

https://www.diamondnex.us/tYWla

Text message

1:58                                         5G UC 32%

< 👤 +1 414-626-1269   📹 📞 ⋮

Saturday, May 27 • 11:26 AM

🌟 Bound Bracelets starting at just $329! ✨ Add some class to your wrist with these stunning bracelets.

https://www.diamondnex.us/OdORJ

Text 'STOP' to be ordinary



    Text message   ☺ 🎤

                

< 👤 +1 414-626-1269 📹 📞 ⋮

Ready to turn heads?
🌟 Our East-West Oval
Cut Necklace, 1 tcw, Lab
Grown
Diamond is now $1399
(WAS: $1670). 48 hours
only!

https://www.diamondnex
.us/l-37c

Text 'STOP' to be
ordinary



Text message 😊 🎤

Case 4:23-cv-00813-HEA Doc. #: 10 Filed: 10/06/23 Page: 140 of 269 PageID #: 181

< 👤 +1 414-626-1269 📹 📞 ⋮

Thursday, Jun 1 • 5:06 PM

🌴 Welcome the warmth with a sparkle! Explore our Summer Must-Haves collection and save up to 30% on top styles! ☀️

https://www.diamondnex.us/Q8Hi9

Text 'STOP' to be ordinary



  Text message 🙂 🎤



Sunday, Jun 4 • 11:14 AM

Exciting news awaits! 🌟 Will you be the lucky winner this week? Discover your fate by clicking here https://www.diamondnex.us/CZuVMj

Text 'STOP' to be ordinary



Text message

2:09    5G UC 36% 

< ● +1 414-626-1269 ▢◄ ☎ ⋮

Tuesday, Jun 13 • 5:13 PM

Clearance special 🏷️ Get up to 70% off stunning pieces. Act fast before they're all gone!

https://www.diamondnex.us/-VzwC

Text 'STOP' to be ordinary



⊕   Text message  ☺ 🎤

||| ◯ ‹

1:40     🔇 5G UC .ıll 26% 🔋

<   👤   +1 414-626-1269   📹   📞   ⋮

Friday, Mar 31 • 6:03 PM

Diamond Nexus: 🌺
Spring Savings end <u>this
weekend</u>! Shop now
and save up to 30% off
sitewide.

<u>https://www.diamondnex
.us/rGwhh</u>

Text 'STOP' to be
ordinary

Saturday, Apr 1 • 12:17 PM

Diamond Ne⋯ · Need
a little help for your

    Text message   ☺ 🎤

|||    ◯    ‹

1:40       🔇 5G UC .ⅡⅡ 26% 

< 👤 +1 414-626-1269   ◻️ 📞 ⋮

## Monday, Apr 3 • 5:55 PM

Diamond Nexus: 💍 Ring in the Savings! 💍

Shop now and save up to 30% off on our stunning collection of rings. Plus, take an extra 10% off your wedding band when purchased with an engagement ring.

https://www.diamondnex.us/V5ERE

Text 'STOP' to be ordinary



    Text message    

      

1:40   5G UC 26% 

< 👤 +1 414-626-1269 📹 📞 ⋮

Monday, Apr 3 • 4:20 PM

Diamond Nexus: 🔥 Today's Daily Drop is a stunning Round Cut Basket Set Pendant with a 1 tcw Lab Grown Diamond! Act fast to get this exclusive piece for just $1,119 (originally $1,325) - it won't last long!

https://www.diamondnex.us/iRvOI

Text 'STOP' to be ordinary

Text message 🙂 🎤

  ||| ◯  

1:42   🔋 5G UC 📶 27% 🔋

< 👤 **+1 414-626-1269**   📹   📞   ⋮

**Sunday, Apr 9 • 6:58 PM**

Diamond Nexus: 🚨 Urgent Alert! The winner has been announced and it could be YOU! Don't wait any longer, click now and find out. 🎁

https://www.diamondnex.us/UnlIKA

Text 'STOP' to be ordinary

**Monday, Apr 10 • 12:03 PM**

Diamond Nexus: Get the

⊕ 🖼️   Text message   ☺ 🎤

|||   ◯   ‹

1:42

+1 414-626-1269

Thursday, Apr 13 • 5:40 PM

Diamond Nexus: 💍 Best in Bridal Sale! Save up to 30% on Engagement Rings, Wedding Bands & Fine Jewelry. Create unforgettable memories with Diamond Nexus. https://www.diamondnex.us/4Rtcv

Text 'STOP' to be ordinary

Friday, Apr 14 • 12:21 PM

Diamond Nexus: 🎁 Get

Text message

1:43  5G UC 27%

< 👤 +1 414-626-1269 📹 📞 ⋮

Wednesday, Apr 19 • 12:02 PM

Diamond Nexus: 💖 Just in time for mother's day! Heart Cut Solitaire Drop Earrings: the perfect gift to show your love! 😍 Get yours now!

https://www.diamondnex.us/HcRXU

Text 'STOP' to be ordinary

Wednesday, Apr 19 • 6:04 PM

↓

Diamond Nexus: Take a



Text message 😊 🎤

||| ◯ ‹

< 👤 +1 414-626-1269 📹 📞 ⋮

Friday, Apr 21 • 11:51 AM

Diamond Nexus: 🎁 Final Weekend! Get a FREE Sensations Pendant with any order over $750!

https://www.diamondnex.us/yRqal

Text 'STOP' to be ordinary

Friday, Apr 21 • 5:50 PM

Diamond Nexus: 🏆 Top-Rated: C... Basket Set Emerald Cut Stud

⊕ 🖼️ Text message ☺ 🎤

||| ◯ ‹

1:52

+1 414-626-1269

Sunday, Apr 30 • 11:38 AM

💍 Get ready for your dream wedding with the latest bridal trends for 2023. ✨

https://www.diamondnex.us/y7lux

Text 'STOP' to be ordinary

Sunday, Apr 30 • 5:40 PM

🎉 The moment you've been waiting for is here!

Text message

1:52    🔇 5G UC .ᵢₗₗ 30% 

‹   👤   +1 414-626-1269   🎥   📞   ⋮

Sunday, Apr 30 • 11:38 AM

💍 Get ready for your dream wedding with the latest bridal trends for 2023. ✨

https://www.diamondnex.us/y7lux

Text 'STOP' to be ordinary

Sunday, Apr 30 • 5:40 PM

🎉 The mom⭣ you've been waiting ⌄ᵤᵣ is here!

⊕      Text message   ☺   🎤

|||   ◯   ‹

Case: 4:23-cv-00813-HEA   Doc. #:  10   Filed: 10/06/23   Page: 152 of 269 PageID #: 193

< +1 414-626-1269

Friday, May 5 • 6:13 PM

✨Sparkle sustainably with lab-grown diamond earrings!
💎 Ethically sourced, stunningly beautiful, and budget-friendly. Treat yourself or a loved one today!

https://www.diamondnex.us/7U14e

Text 'STOP' to be ordinary

Text message



💍 Wedding Season Sale: Save up to 30% sitewide on stunning jewelry perfect for your special day! 🎉

https://www.diamondnex.us/7fjcv

Free Masons RR chat          🔇 5G UC ,ıll 32% 🔋

 **Free Masons RR chat**  1:56 PM
**Amber:** Number 4 in the clan ?? I kicked t...

Like                    Reply                    Mute

Our Collection of Silver Jewelry Today!

https://www.diamondnex.us/KoOlw

Text 'STOP' to be ordinary



DIAMOND
NEXUS

Text message



1:57   5G 32%

< ● +1 414-626-1269 ▢ 📞 ⋮

Thursday, May 25 • 5:26 PM

Celebrate the season of love with our Wedding Season Sale! Enjoy up to 30% off on all jewelry sitewide. ✨

https://www.diamondnex.us/kWmOR

Text 'STOP' to be ordinary



⊕ 🖻 Text message ☺ 🎤

||| ○ ‹

1:58       5G UC ·ıll 33% 

< · · ·    **+1 414-626-1269**    ▢ · · ⋮

Monday, May 29 • 11:10 AM

Get your hands on our stunning Infinitely Bound Bracelet! WAS $580, it's NOW only $249 for the next 48 hours! This deal is too good to miss! 💎

https://www.diamondnex.us/tEu2e

Text 'STOP' to be ordinary



   Text message  ☺  🎤 

            

2:00    5G UC  33% 

< 👤 +1 414-626-1269 📹 📞 ⋮

🌴 Welcome the warmth with a sparkle! Explore our Summer Must-Haves collection and save up to 30% on top styles! ☀️

https://www.diamondnex.us/Q8Hi9

Text 'STOP' to be ordinary



  Text message  

||| ◯ ‹

+1 414-626-1269

🌴 Welcome the warmth with a sparkle! Explore our Summer Must-Haves collection and save up to 30% on top styles! ☀️

https://www.diamondnex.us/Q8Hi9

Text 'STOP' to be ordinary



Text message

Monday, Jun 5 • 11:01 AM

Unveiling today's Daily Drop: our captivating Cushion Cut Stud Earrings, Filigree Set! Originally priced at $600, they can now be yours for a remarkable $299! https://www.diamondnex.us/-r_zf

Text 'STOP' to be ordinary



Text message

Case: 4:23-cv-00813-HEA   Doc. #: 10   Filed: 10/06/23   Page: 160 of 269 PageID #: 201

< 👤   +1 414-626-1269   📹   📞   ⋮

**Wednesday, Jun 14 • 11:14 AM**

Today's Daily Drop is here! Sterling Silver Love Me Knot Necklace is now $149, originally $230. While supplies last! 💎

https://www.diamondnex.us/cTK3g

Text 'STOP' to be ordinary



Text message 😊 🎤

 

Case: 4:23-cv-00813-HEA   Doc. #: 10   Filed: 10/06/23   Page: 161 of 269 PageID #: 202

< 👤 +1 414-626-1269 📹 📞 ⋮

Saturday, Apr 1 • 12:17 PM

Diamond Nexus: Need a little help for your next purchase? We've got you covered with our financing & leasing options - check them out today!

https://www.diamondnex.us/11BPK

Text 'STOP' to be ordinary

Saturday, ⬇ • 5:50 PM

⊕  Text message ☺ 🎤

||| ◯ ‹

    

< 👤 +1 414-626-1269 📹 📞 ⋮

Thursday, Apr 6 • 6:59 PM

Diamond Nexus: Don't miss the savings! Shop and save up to 30% off on stunning rings. Plus, get an extra 10% off your matching band when you purchase an engagement ring.

https://www.diamondnex.us/wgTDJ

Text 'STOP' to be ordinary



  Text message  

  

1:40   5G UC  26%

**< +1 414-626-1269**

Sunday, Apr 2 • 7:21 PM

Diamond Nexus: We have exciting news! 🎉 The winner has been revealed, and it could be you! Click now to find out and claim your prize before it's too late.

https://www.diamondnex.us/kHOck

Text 'STOP' to be ordinary

Monday, A ↓ • 4:20 PM

  Text message  

  

1:42

+1 414-626-1269

Tuesday, Apr 11 • 5:51 PM

Diamond Nexus: 🏷️ Don't miss out on new clearance closeouts! Save up to 70% on limited stock items. Get them now before they're gone for good!

https://www.diamondnex.us/hUbe9

Text 'STOP' to be ordinary

Wednesday, Apr 12 • 1:35 PM

Text message

1:43

+1 414-626-1269

Monday, Apr 17 • 12:01 PM

Diamond Nexus: 48 Hours only! Get a dazzling 1.5 DEW Moissanite Oval Cut Basket Pendant at an unbeatable price ✨ Was $775, Now just $399 😲

https://www.diamondnex.us/BtQK6

Text 'STOP' to be ordinary

Monday, A ↓ • 7:07 PM

Text message

  

< 👤 +1 414-626-1269 🎥 📞 ⋮

Monday, Apr 17 • 12:01 PM

Diamond Nexus: 48 Hours only! Get a dazzling 1.5 DEW Moissanite Oval Cut Basket Pendant at an unbeatable price ✨ Was $775, Now just $399 😲

https://www.diamondnex.us/BtQK6

Text 'STOP' to be ordinary

Monday, A ↓ • 7:07 PM

  Text message  

  

1:43

+1 414-626-1269

Tuesday, Apr 18 • 6:02 PM

Diamond Nexus:
Clearance Closeouts!
Save up to 70% on
limited stock items.
Hurry, once they're gone,
they're gone forever!
Don't miss out!

https://www.diamondnex
.us/9GbVl

Text 'STOP' to be
ordinary

Wednesday, 19 • 12:02 PM

Text message

1:51   5G UC .ıll 30% 🔋

< 👤 **+1 414-626-1269**  📹  📞  ⋮

Monday, Apr 24 • 12:20 PM

Diamond Nexus: 🎉 Don't miss out on this drop! Our Round Cut Solitaire Drops are only $499 (normally $914) for the next 48 hours!

https://www.diamondnex.us/AxEWO

Text 'STOP' to be ordinary

Monday, Apr 24 • 6:40 PM

   Text message  😊  🎤

||| ◯ ‹

1:52

+1 414-626-1269

Friday, Apr 28 • 6:31 PM

✨ Craft your dream jewelry piece with ease and guidance from our world-class designers. Start your journey towards your perfect custom piece now.

https://www.diamondnex.us/lJZzx5

Text 'STOP' to be ordinary

Saturday, Apr 29 • 1:14 PM

Text message

1:53  5G UC  30% 

< 👤 +1 414-626-1269 📹 📞 ⋮

Thursday, May 4 • 11:29 AM

This pendant is totes adorbs! 🤩 24 HOURS LEFT to get our Pear Cut Basket Set Pendant, 1.5 tcw Moissanite at an exclusive price of $399.

https://www.diamondnex.us/KkJ2G

Text 'STOP' to be ordinary

Thursday, May 4 • 6:53 PM

  Text message 🙂 

||| ◯ ‹

1:53            5G UC .ill  30%

<   👤   +1 414-626-1269   ▣   📞   ⋮

Thursday, May 4 • 11:29 AM

This pendant is totes adorbs! 🤩 24 HOURS LEFT to get our Pear Cut Basket Set Pendant, 1.5 tcw Moissanite at an exclusive price of $399.

https://www.diamondnex.us/KkJ2G

Text 'STOP' to be ordinary

Thursday, May 4 • 6:53 PM

↓

    Text message   ☺  🎤 

|||          ◯          ‹

+1 414-626-1269

Friday, May 5 • 1:06 PM

🎓 Hats off to the Grads! 🎉 Celebrate their achievements with stunning jewelry & memorable gifts 🎉

https://www.diamondnex.us/x2rlh

Text 'STOP' to be ordinary

Friday, May 5 • 6:13 PM

✨Sparkle sainably

Text message

1:55

+1 414-626-1269

Thursday, May 18 • 1:50 PM

ENDS TONIGHT! 🎉 Last chance to snag our Daily Drop: Bound Together Bracelet in sterling silver for just $249 (WAS: $560)!

https://www.diamondnex.us/MQMtW

Text 'STOP' to be ordinary



Text message

1:56 🌐 📶 🖼️    🔇 5G UC 📶 32% 🔋

<   👤   **+1 414-626-1269**   📹   📞   ⋮

Tuesday, May 23 • 5:02 PM

🏷️ Clearance Closeouts! Up to 70% off select pieces—grab them while you can!

https://www.diamondnex.us/OSdkg

Text 'STOP' to be ordinary



⊕   🖼️   Text message   ☺   🎤

|||     ◯     ‹

Case: 4:23-cv-00813-HEA   Doc. #: 10   Filed: 10/06/23   Page: 175 of 269 PageID #: 216



**Free Masons RR chat** 1:57 PM
picton86/gu3ss who: Think it's because …

Like            Reply            Mute

Celebrate the season of love with our Wedding Season Sale! Enjoy up to 30% off on all jewelry sitewide. ✨

https://www.diamondnex.us/kWmOR

Text 'STOP' to be ordinary



Text message






1:58

+1 414-626-1269

10% Off Custom Designs✨ Create your dream jewelry with our world-class expert & designers every step of the way!

https://www.diamondnex.us/7-UZAL

Text 'STOP' to be ordinary



Text message

Case: 4:23-cv-00813-HEA   Doc. #: 10   Filed: 10/06/23   Page: 177 of 269 PageID #: 218

Friday, Jun 2 • 5:08 PM

🌞 Nothing says summer like layers of stunning necklaces! Dive into the trend—mix, match, stack, and make it your own!

https://www.diamondnex.us/bzLgs

Text 'STOP' to be ordinary



Text message

2:07

+1 414-626-1269

5G 36%

Tuesday, Jun 6 • 5:19 PM

🏷️ Clearance Closeouts up to 70% off! Secure these stunning pieces before they're gone!

https://www.diamondnex.us/cNFpY

Text 'STOP' to be ordinary



Text message

2:09

+1 414-626-1269

Thursday, Jun 15 • 11:08 AM

The Band Sale is ON! Save up to 30%. Plus, orders over $750 get a freebie! Don't miss out, tap to shop https://www.diamondnex.us/z0zhA

Text 'STOP' to be ordinary



1:39   5G UC 26% 

< 👤 +1 414-626-1269 📹 📞 ⋮

Wednesday, Mar 29 • 1:11 PM

Diamond Nexus: Get our stunning Moissanite Cushion Cut Stud Earrings (2 tcw DEW) for just $299 (originally $850) while supplies last!

https://www.diamondnex.us/RmtV7D

Text 'STOP' to be ordinary

Wednesday, ⬇ 29 • 6:24 PM

  Text message  

||| ◯ ‹

1:40   5G UC  26%

< 👤 **+1 414-626-1269** 🎥 📞 ⋮

Monday, Apr 3 • 4:20 PM

Diamond Nexus: 🔥 Today's Daily Drop is a stunning Round Cut Basket Set Pendant with a 1 tcw Lab Grown Diamond! Act fast to get this exclusive piece for just $1,119 (originally $1,325) - it won't last long!

https://www.diamondnex.us/iRvOl

Text 'STOP' to be ordinary

↓

⊕    Text message   ☺ 🎤

||| ○ ‹

  

Case: 4:23-cv-00813-HEA   Doc. #: 10   Filed: 10/06/23   Page: 182 of 269 PageID #: 223

<   👤   +1 414-626-1269   ▢   📞   ⋮

**Monday, Apr 3 • 5:55 PM**

Diamond Nexus: 💍 Ring in the Savings! 💍

Shop now and save up to 30% off on our stunning collection of rings. Plus, take an extra 10% off your wedding band when purchased with an engagement ring.

https://www.diamondnex.us/V5ERE

Text 'STOP' to be ordinary



  Text message  

  

1:42   🔇 5G UC .ull 27% 🔋

**< 👤 +1 414-626-1269** 📹 📞 ⋮

Monday, Apr 10 • 6:21 PM

Diamond Nexus: 💍 Say Yes to Savings! Shop our Best in Bridal Sale now and save up to 30% on Engagement Rings and Wedding Bands! Make your proposal unforgettable with Diamond Nexus!

https://www.diamondnex.us/YLjn1

Text 'STOP' to be ordinary



⊕ 🖼 Text message ☺ 🎤

||| ◯ ⟨

1:43    5G UC 27% 

< 👤 +1 414-626-1269 📹 📞 ⋮

Sunday, Apr 16 • 1:30 PM

Diamond Nexus: 
Begin Your Forever with
our Bridal Shop. From
enchanting engagement
rings to stunning
wedding bands, let us
make your dream day a
reality. Shop now and say
"I do" to forever.

https://www.diamondnex
.us/4jvxA

Text 'STOP' to be
ordinary

  Text message  

  

1:43      5G UC .ıll 27% 

< 👤  +1 414-626-1269    🎥   📞   ⋮

Sunday, Apr 16 • 1:30 PM

Diamond Nexus: 
Begin Your Forever with our Bridal Shop. From enchanting engagement rings to stunning wedding bands, let us make your dream day a reality. Shop now and say "I do" to forever.

https://www.diamondnex.us/4jvxA

Text 'STOP' to be ordinary

⊕     Text message   ☺   🎤

|||            ◯            ‹

1:51    🔇 5G UC .ıll 30% 

< 👤 +1 414-626-1269   📷   📞   ⋮

Sunday, Apr 23 • 6:33 PM

Diamond Nexus: 🌟
It's time for the big reveal! Could you be our giveaway winner? Click to find out!

https://www.diamondnex.us/8hp1E

Text 'STOP' to be ordinary

Monday, Apr 24 • 12:20 PM

Diamond Ne...   ↓   🎉 Don't

⊕  🖼️   Text message   ☺  🎤

   

|||   ○   ‹

<  +1 414-626-1269

Sunday, Apr 30 • 5:40 PM

🎉 The moment you've been waiting for is here! Could you be the lucky winner of our giveaway? Click now to reveal!

https://www.diamondnex.us/uGOBD

Text 'STOP' to be ordinary

Monday, May 1 • 11:53 AM

Today's Daily Drop:

Text message

1:52                      5G UC 30% 

< 👤 **+1 414-626-1269**    📹  📞  ⋮

Sunday, Apr 30 • 5:40 PM

🎉 The moment you've been waiting for is here! Could you be the lucky winner of our giveaway? Click now to reveal!

https://www.diamondnex
.us/uGOBD

Text 'STOP' to be ordinary

Monday, May 1 • 11:53 AM

Today's Daily Drop:

⊕ 🖼️    Text message    ☺ 🎤

    |||    ◯    <

1:53                      🔇 5G UC ⫶ɪ 31% 🔋

<   👤  +1 414-626-1269        📹    📞    ⋮

Sunday, May 7 • 1:38 PM

Wedding Band Savings Event ends tonight! Grab your perfect pair 💍 at irresistible prices - 30% off bands & 20% off engagement rings!

https://www.diamondnex.us/74waN

Text 'STOP' to be ordinary

Sunday, May 7 • 6:37 PM

⬇

🎉 The moment you've

⊕  🖼  Text message           ☺  🎤

|||           ◯           ‹

1:55    5G UC 31%

< 👤 +1 414-626-1269 📹 📞 ⋮

**Friday, May 19 • 5:08 PM**

💎 Ready, set, SPARKLE!
✨ Discover our newest
collections: 3-Stone
Cluster, Primrose & Claw
Prong Necklaces. Get
ready to turn heads! 😍

https://www.diamondnex
.us/5WRfv

Text 'STOP' to be
ordinary



  Text message ☺ 

||| ◯ ‹

1:55

5G UC 31%

< 👤 +1 414-626-1269 📹 📞 ⋮

Sunday, May 21 • 11:01 AM

For the modern groom, check out our contemporary men's bands! Because every groom deserves a touch of class! 💍

https://www.diamondnex.us/wk03_3

Text 'STOP' to be ordinary



Text message

Free Masons RR chat  🔇 5G 📶 32% 🔋



**Free Masons RR chat** 1:57 PM
the-last-offence: ✋

Like          Reply          Mute

Celebrate the season of love with our Wedding Season Sale! Enjoy up to 30% off on all jewelry sitewide. ✨

https://www.diamondnex.us/kWmOR

Text 'STOP' to be ordinary



   Text message   

  

Case: 4:23-cv-00813-HEA   Doc. #: 10   Filed: 10/06/23   Page: 193 of 269 PageID #: 234

< 👤 +1 414-626-1269

Saturday, May 27 • 5:03 PM

10% Off Custom Designs✨ Create your dream jewelry with our world-class expert & designers every step of the way!

https://www.diamondnex.us/7-UZAL

Text 'STOP' to be ordinary



Text message

< 👤 +1 414-626-1269 📹 📞 ⋮

Friday, Jun 2 • 11:14 AM

💎 Our Lab Grown Diamond Right Hand Rings are the perfect touch of glam for every day. Start sparkling now. ✨

https://www.diamondnex.us/rv_-L

Text 'STOP' to be ordinary



Text message



**+1 414-626-1269**

Friday, Jun 2 • 11:14 AM

 Our Lab Grown Diamond Right Hand Rings are the perfect touch of glam for every day. Start sparkling now. ✨

https://www.diamondnex.us/rv_-L

Text 'STOP' to be ordinary



  Text message

< 👤 **+1 414-626-1269** 📹 📞 ⋮

Wednesday, Jun 7 • 11:18 AM

✨ Act Fast! Only 2 Days Left to Shine Bright! Grab our stunning 2 tcw Round Cut Basket Set Pendant for an unbelievable price of just $299 (originally $875)! Shop now before it's too late! ✨ https://www.diamondnex.us/mOcA6

Text 'STOP' to be ordinary



Text message ☺ 🎤

2:09

+1 414-626-1269

Friday, Jun 16 • 11:39 AM

Are you bold enough for our Basket Set Rings? Add these chunky stunners to your collection. Shop now! https://www.diamondnex.us/SNRSg

Text 'STOP' to be ordinary



Text message

1:40     5G UC 📶 26% 

< 👤 **+1 414-626-1269**   📹 📞 ⋮

Thursday, Mar 30 • 12:36 PM

Diamond Nexus: Yesterday's Daily Drop featured our stunning Moissanite Cushion Cut Stud Earrings (2 tcw DEW) for just $299 (originally $850). If you missed it, don't worry— we're giving you another chance to grab a pair today!

https://www.diamondnex.us/dd-EB

Text 'STOP' to be ordinary

  Text message 🙂 🎤

  

1:40  5G UC 26%

< 👤 +1 414-626-1269 📹 📞 ⋮

Tuesday, Apr 4 • 12:15 PM

Diamond Nexus: 🌟 ICYMI: Lab Diamond Daily Drop!

Featuring a breathtaking Round Cut Basket Set Pendant with a 1ct certified Lab Grown Diamond. This exclusive price is available for just $1,119 (originally $1,325) for today only. Don't wait to add this stunning pendant to your collection.

https://www. ⬇️ mondnex us/h.Jtvc

  Text message ☺ 🎤

  



1:41

+1 414-626-1269

5G UC 26%

Thursday, Apr 6 • 6:59 PM

Diamond Nexus: Don't miss the savings! Shop and save up to 30% off on stunning rings. Plus, get an extra 10% off your matching band when you purchase an engagement ring.

https://www.diamondnex.us/wgTDJ

Text 'STOP' to be ordinary





Text message





1:42  🔋 5G UC 📶 27% 🔋

< 👤 +1 414-626-1269 📹 📞 ⋮

Sunday, Apr 9 • 11:24 AM

Diamond Nexus: 4.5⭐ Customers can't stop raving about it, and neither will you! Shop now to discover why this band is a fan favorite.

https://www.diamondnex.us/lg1km

Text 'STOP' to be ordinary

Sunday, Apr 9 • 6:58 PM

Diamond Nexus: 

⊕ 🖻 Text message 🙂 🎤

||| ◯ ‹

1:43

+1 414-626-1269

Monday, Apr 17 • 7:07 PM

Diamond Nexus: 💍 Best in Bridal Sale! Save up to 30% on Engagement Rings, Wedding Bands, and Fine Jewelry. ✨

https://www.diamondnex.us/1ql9y

Text 'STOP' to be ordinary

Tuesday, Apr 18 • 12:13 PM

Diamond Ne... Only

1:43

+1 414-626-1269

Monday, Apr 17 • 7:07 PM

Diamond Nexus: 💍 Best in Bridal Sale! Save up to 30% on Engagement Rings, Wedding Bands, and Fine Jewelry. ✨

https://www.diamondnex.us/1ql9y

Text 'STOP' to be ordinary

Tuesday, Apr 18 • 12:13 PM

Diamond Ne⬇️. Only

Text message

1:43

+1 414-626-1269

Tuesday, Apr 18 • 12:13 PM

Diamond Nexus: Only a few hours Left! ⏰ Grab a stunning 1.5 DEW Moissanite Oval Cut Basket Pendant at an incredible price ✨ Was $775, now only $399! Don't miss out!

https://www.diamondnex.us/gL1wU

Text 'STOP' to be ordinary

Tuesday, Apr 18 • 6:02 PM

Text message

1:51 📶 🖼 🔇 5G UC .ıll 30% 🔋

‹  👤  +1 414-626-1269  📹  📞  ⋮

Tuesday, Apr 25 • 6:00 PM

Diamond Nexus: 🏷️ Clearance Closeouts! Up to 70% off on select items. Don't wait too long, act fast to grab these deals before they're gone!

https://www.diamondnex.us/OVDni

Text 'STOP' to be ordinary

Wednesday, Apr 26 • 11:48 AM

⊕ 🖼  Text message  ☺ 🎤

||| ◯ ‹

1:51     5G UC  30%

< 👤 +1 414-626-1269   🎥 📞 ⋮

Wednesday, Apr 26 • 5:43 PM

🚨 Lab Diamond Daily Drop! Get the Renee Earrings with 1 TCW for only $1,099 (originally $1,300).

https://www.diamondnex.us/PHLFY

Text 'STOP' to be ordinary

Thursday, Apr 27 • 11:58 AM



🚨 Last Chance! Don't

    Text message   ☺ 🎤

|||   ◯    

1:52   ⚡ 5G UC .ill 30% 🔋

< 👤 +1 414-626-1269 📹 📞 ⋮

Monday, May 1 • 11:53 AM

Today's Daily Drop:
Miami Wedding Band 💍
Originally $750, now just
$499 for today only!

https://www.diamondnex
.us/eWOoe

Text 'STOP' to be
ordinary

Monday, May 1 • 5:53 PM

🎎 Wedding Band
Savings Event Find
your perfect match 💍

  Text message 🙂 🎤

||| ◯ ‹

1:53    🔇 5G UC .ıll 31% 🔋

< 👤 +1 414-626-1269   🎥  📞  ⋮

**Monday, May 15 • 5:33 PM**

💍 Wedding Season Sale: Save up to 30% sitewide on stunning jewelry perfect for your special day! 🎉

https://www.diamondnex.us/7fjcv

Text 'STOP' to be ordinary



   Text message  ☺  🎤 

|||   ◯   ‹

+1 414-626-1269

yourself to our Round Cut
Claw Prong Necklace,
1 tcw LAB DIAMOND,
for an exclusive price of
$1,249 (WAS: $1,480) 💎

https://www.diamondnex
.us/VcxVs

Text 'STOP' to be
ordinary



LIMITED TIME O
UNDER $12

Text message

1:56     5G UC .ill 32% 

< 👤  +1 414-626-1269  🎥 📞 ⋮

Slay in Sterling ✨ Shop Our Collection of Silver Jewelry Today!

https://www.diamondnex.us/KoOlw

Text 'STOP' to be ordinary



DIAMOND
NEXUS

  Text message  

      

Case: 4:23-cv-00813-HEA   Doc. #: 10   Filed: 10/06/23   Page: 211 of 269 PageID #: 257





🌴 It's time to get your sparkle on with our Summer Must-Haves! ☀️ Dive into the season's top styles at up to 30% OFF!

https://www.diamondnex.us/_ePeJ

Text message



< 👤 +1 414-626-1269 📹 📞 ⋮

Tuesday, May 30 • 11:16 AM

Our exquisite Infinitely Bound Bracelet, normally $580, is now $249, but only for TODAY! 💎 Grab it while you can.

https://www.diamondnex.us/MjSWo

Text 'STOP' to be ordinary



LIMITED TIME ONLY

  Text message  

  

  

5G UC 33%

< 👤 +1 414-626-1269

Thursday, Jun 1 • 5:06 PM

🌴 Welcome the warmth with a sparkle! Explore our Summer Must-Haves collection and save up to 30% on top styles! ☀️

https://www.diamondnex.us/Q8Hi9

Text 'STOP' to be ordinary



  Text message  

+1 414-626-1269

Friday, Jun 2 • 5:08 PM

🌞 Nothing says summer like layers of stunning necklaces! Dive into the trend—mix, match, stack, and make it your own!

https://www.diamondnex.us/bzLgs

Text 'STOP' to be ordinary



Text message

2:07 📶 🖼️  🔇 5G UC �llll 36% 🔋





< 👤 +1 414-626-1269 🎥 📞 ⋮

Wednesday, Jun 7 • 11:18 AM

✨ Act Fast! Only 2 Days Left to Shine Bright! Grab our stunning 2 tcw Round Cut Basket Set Pendant for an unbelievable price of just $299 (originally $875)! Shop now before it's too late! ✨ https://www.diamondnex.us/mOcA6

Text 'STOP' to be ordinary



ROUND CUT BASKET SET
PENDANT

  Text message ☺ 🎤  

||| ◯ ‹

2:09

+1 414-626-1269

Saturday, Jun 17 • 11:16 AM

Simplicity speaks volumes with our Petite Rings 💍 Experience the beauty of understated elegance, effortlessly adorning your fingertips. https://www.diamondnex.us/9kE_Q

Text 'STOP' to be ordinary



Text message

Case: 4:23-cv-00813-HEA   Doc. #: 10   Filed: 10/06/23   Page: 217 of 269 PageID #: 258

+1 414-626-1269

Wednesday, Mar 29 • 6:24 PM

Diamond Nexus: Discover the buzz around town with lab-grown diamonds! Say goodbye to mining and embrace the new age of diamonds. Did you know that lab-grown diamonds are the same exact thing as mined diamonds? Join the sparkling conversation and learn more about the brilliance of lab diamonds.

https://www.diamondnex.us/TETYt

Text message

1:41      5G UC  26%

<    👤    **+1 414-626-1269**    📹   📞   ⋮

**Wednesday, Apr 5 • 12:20 PM**

Diamond Nexus: ICYMI, we have incredible Clearance Deals!  Be sure to check out our clearance closeouts where you can save up to 70% off select items. Shop now while supplies last!

https://www.diamondnex.us/K_NVN

Text 'STOP' to be ordinary

⊕       Text message    🙂   🎤

|||     ◯     ‹

1:41   🔇 5G UC 📶 26% 🔋

< 👤 +1 414-626-1269  📹  📞  ⋮

Tuesday, Apr 4 • 6:15 PM

Diamond Nexus: Unbeatable Clearance Deals! 🏷️ Don't miss out on your chance to save up to 70% off select items. Shop now while supplies last!

https://www.diamondnex.us/ijmmF

Text 'STOP' to be ordinary

Wednesday, Apr 5 • 12:20 PM

↓

Text message  😊  🎤

1:42  5G UC 27%

**< 👤 +1 414-626-1269**  📹  📞  ⋮

Monday, Apr 10 • 12:03 PM

Diamond Nexus: Get the Gallant Wedding Band for an exclusive price of $399 (originally $850). Act fast, this deal is only available for 48 hours!

https://www.diamondnex.us/yDaZR

Text 'STOP' to be ordinary

Monday, Apr 10 • 6:21 PM

Diamond Ne. ↓ . 💍 Say

Text message 😊 🎤

   

||| ◯ ‹

   
< 👤 +1 414-626-1269 🎥 📞 ⋮

Saturday, Apr 15 • 12:04 PM

Diamond Nexus: ✨
Turn heads with these
timeless pieces—they are
perfect for any occasion.
Shop now!

https://www.diamondnex
.us/j4Vto

Text 'STOP' to be
ordinary

Saturday, Apr 15 • 6:05 PM

Diamond Nexus: 💎 Get

  Text message  

|||          ⭕          ‹

1:43   5G UC 27%

< 👤 +1 414-626-1269 📹 📞 ⋮

**Wednesday, Apr 19 • 6:04 PM**

Diamond Nexus: Take a look at the Manhattan Bold Wedding Band 💍 Originally $1090, now ONLY $499! Don't miss your chance to save on this stunning piece! 💎

https://www.diamondnex.us/0FRlz

Text 'STOP' to be ordinary

↓

**Thursday, Apr 20 • 11:40 AM**

  Text message 🙂 🎤

||| ◯ ‹

1:50            5G UC .ıll 30% 

<   👤   +1 414-626-1269   📹   📞   ⋮

Friday, Apr 21 • 5:50 PM

Diamond Nexus: 🏆 Top-Rated: Our Basket Set Emerald Cut Stud Earrings are in the spotlight! ✨ See why customers LOVE these earrings.

https://www.diamondnex.us/L5fEF

Text 'STOP' to be ordinary

Saturday, A ↓ 2 • 1:00 PM

⊕      Text message   ☺   🎤

|||     ◯     ‹

1:52        5G UC  30%

< 👤 +1 414-626-1269   📹 📞 ⋮

Friday, Apr 28 • 1:11 PM

💎 Get more sparkle for your buck with our lab grown diamond pendants, now 10% off. Sustainable, ethical, and budget-friendly – what's not to love?

https://www.diamondnex.us/KB8-Q

Text 'STOP' to be ordinary

Friday, Ap ↓ • 6:31 PM

⊕    Text message   ☺ 🎤

|||   ◯   ‹

1:52       5G UC  30%

<   👤   +1 414-626-1269   📹   📞   ⋮

Tuesday, May 2 • 5:12 PM

🎉 Clearance Closeouts! Save up to 70% on select items 😍 Time is running out, snag these amazing pieces before they're gone!

https://www.diamondnex.us/8zBvTd

Text 'STOP' to be ordinary

Wednesday, ⌄ 3 • 11:27 AM

⊕      Text message   ☺   🎤

|||     ◯     ‹



< 👤 +1 414-626-1269   🎥 📞 ⋮

Wednesday, May 17 • 6:06 PM

⏳ 48-Hours Only! 🎉 Don't miss our Daily Drop: Bound Together Bracelet in sterling silver for just $249 (WAS: $560)! 🌟

https://www.diamondnex.us/RCQlo

Text 'STOP' to be ordinary



BOUND TOGETHER
BRACELET

    Text message    

      

1:56

+1 414-626-1269

Monday, May 22 • 5:00 PM

🎉 It's Wedding Season! Celebrate with up to 30% off sitewide. Sparkle and save on all your favorite jewelry pieces for the big day! 💍

https://www.diamondnex.us/ino4D

Text 'STOP' to be ordinary



< ● +1 414-626-1269 ◻ ☏ ⋮

Wednesday, May 24 • 5:18 PM

For the next 48 hours, get the stunning Infinite Love Wedding Band set with Moissanite for just $499 (originally $1,090). 💍 Don't miss out on this limited-time offer!

https://www.diamondnex.us/tYWla

Text 'STOP' to be ordinary


INFINITE LOVE
WEDDING BAND

  Text message  

1:58   🔇 5G UC .ıll 33%  

< 👤 +1 414-626-1269 📹 📞 ⋮

Sunday, May 28 • 11:07 AM

👯 National Best Friends Day: Celebrate your BFF with something from our fine jewelry collection! Shop now! 💖

https://www.diamondnex.us/f-vBi

Text 'STOP' to be ordinary



⊕ 🖼️ Text message 🙂 🎤

||| ◯ ‹








+1 414-626-1269  

💎 Our Lab Grown Diamond Right Hand Rings are the perfect touch of glam for every day. Start sparkling now. ✨

https://www.diamondnex.us/rv_-L

Text 'STOP' to be ordinary



  Text message  

 2:00  5G UC  33%

< 👤 +1 414-626-1269 📹 📞 ⋮

💎 Our Lab Grown Diamond Right Hand Rings are the perfect touch of glam for every day. Start sparkling now. 

https://www.diamondnex.us/rv_-L

Text 'STOP' to be ordinary



  Text message  

||| ◯ ‹

2:00

+1 414-626-1269

Saturday, Jun 3 • 11:04 AM

Ends tomorrow! Last chance to get 10% off your custom designs. Bring your vision to life and make it your own.✨

https://www.diamondnex.us/PjTVJ

Text 'STOP' to be ordinary



Text message

2:07

+1 414-626-1269

Thursday, Jun 8 • 11:23 AM

Thinking of proposing? 💍 Get 30% off our engagement rings and a special gift for purchases $750+ 💎 Take up to 20% off lab rings too! https://www.diamondnex.us/sOXid

Text 'STOP' to be ordinary



< 👤 +1 414-626-1269 📹 📞 ⋮

Sunday, Jun 18 • 11:15 AM

⏰ Last Call! Time is running out! Spend $750+ today and receive a complimentary Sensation Pendant as our gift to you ✨ https://www.diamondnex.us/tjJPd

Text 'STOP' to be ordinary



Text message 😊 🎤

1:39

+1 414-626-1269

Sunday, May 28 • 11:07 AM

👯 National Best Friends Day: Celebrate your BFF with something from our fine jewelry collection! Shop now! 💖

https://www.diamondnex.us/f-vBi

Text 'STOP' to be ordinary



Text message

1:40   5G UC 26% 

< 👤 +1 414-626-1269 📹 📞 ⋮

Sunday, Apr 2 • 7:21 PM

Diamond Nexus: We have exciting news! 🎉 The winner has been revealed, and it could be you! Click now to find out and claim your prize before it's too late.

https://www.diamondnex.us/kHOck

Text 'STOP' to be ordinary

Monday, ↓ • 4:20 PM

  Text message  

  

1:41

+1 414-626-1269

Friday, Apr 7 • 12:59 PM

Diamond Nexus: Make a statement without saying a word 💁‍♀️. Featuring our best selling stud earrings. Order now and get ready to turn heads.

https://www.diamondnex.us/JW2KG

Text 'STOP' to be ordinary

Friday, Apr 7 • 5:58 PM

Diamond Nexus: 💍

Text message

1:42    5G UC .ill 27% 

< ● +1 414-626-1269   ◻ 📹   📞   ⋮

Wednesday, Apr 12 • 6:07 PM

Diamond Nexus: 🌟
Daily Drop: Princess Cut
Stud Earrings, set with
lab grown diamonds.
Don't miss out on this
limited-time offer!

https://www.diamondnex
.us/eg-4O

Text 'STOP' to be
ordinary

Thursday, Apr 13 • 11:54 AM

Diamond Nex...s: 🚨 Last

  Text message   ☺   🎤

||| ○ ‹

1:42   🔉 5G UC 27% 🔋

< 👤 +1 414-626-1269 📹 📞 ⋮

Thursday, Apr 13 • 11:54 AM

Diamond Nexus: 🚨 Last Chance to grab this Daily Drop! The Princess Cut Stud Earrings, set with lab grown diamonds for only $1,129 (was $1,335), ends tonight!

https://www.diamondnex.us/Z8gMR

Text 'STOP' to be ordinary

Thursday, Apr 13 • 5:40 PM

  Text message ☺ 🎤

||| ◯ ‹

1:44                     5G UC 27% 

< 👤 +1 414-626-1269          📹   📞   ⋮

Thursday, Apr 20 • 11:40 AM

Diamond Nexus: ⌛
Less than 24 hrs left!
Don't miss our exclusive
Daily Drop: Manhattan
Bold Wedding Band 💍
Originally $1090, now
ONLY $499!

https://www.diamondnex
.us/XvlNZ

Text 'STOP' to be
ordinary

Thursday, Apr 20 • 6:23 PM

⊕  🖼  Text message  ☺  🎤

|||          ○          ‹

+1 414-626-1269

Sunday, Apr 23 • 11:59 AM

Diamond Nexus: 🌍 Earth Day Giveaway! 🎉 Even though Earth Day is over, we're still celebrating! Try your luck at winning our gorgeous Claw Prong Necklace. Check our social media for entry rules & participate now. ✨

https://www.diamondnex.us/vlS4

Text 'STOP' to be ordinary

Text message

1:52                            🔇 5G UC .ıll 30% 

< 👤 **+1 414-626-1269**          📹   📞   ⋮

**Saturday, Apr 29 • 1:14 PM**

🌸 New Primrose Collection for Mother's Day! 🌺 A Charming floral design with marquise stones in sterling silver. Treat Mom to a dazzling necklace, ring, or earrings! 🎁

https://www.diamondnex.us/SUJPO

Text 'STOP' to be ordinary



⊕ 🖼️   Text message   😊 🎤

 

|||          ◯          



1:53   5G UC 30%

< 👤 **+1 414-626-1269** 🎥 📞 ⋮

Wednesday, May 3 • 7:08 PM

🎁 48 HOURS ONLY! Exclusive Daily Drop for SMS ! Get the stunning Pear Cut Basket Set Pendant, 1.5 tcw Moissanite 💎 for ONLY $399 (WAS: $625) 🤩

https://www.diamondnex.us/dgmwi-

Text 'STOP' to be ordinary



  Text message  

||| ◯ ‹

Case: 4:23-cv-00813-HEA   Doc. #: 10   Filed: 10/06/23   Page: 244 of 269 PageID #: 285

< +1 414-626-1269

Sunday, May 7 • 6:37 PM

🎉 The moment you've been waiting for is here! Could you be the lucky winner of our giveaway? Click now to reveal!

https://www.diamondnex.us/Oaj6q

Text 'STOP' to be ordinary

Monday, May 15 • 5:33 PM

💍 Wedding Season Sale: Save up to 3 ⌄ sitewide

Text message

1:53

+1 414-626-1269

Wednesday, May 3 • 7:08 PM

🎁 48 HOURS ONLY! Exclusive Daily Drop for SMS ! Get the stunning Pear Cut Basket Set Pendant, 1.5 tcw Moissanite 💎 for ONLY $399 (WAS: $625) 🤩

https://www.diamondnex.us/dgmwi-

Text 'STOP' to be ordinary

Text message

1:55 🔋 📶 🖼️ · 🔇 5G UC .ııl 31% 🔋

< 👤 +1 414-626-1269 📹 📞 ⋮

Thursday, May 18 • 6:12 PM

🥂 Wedding Season Savings! 💍 Save up to 30% off sitewide on stunning jewelry that'll make your special day unforgettable! Don't miss out! 🌟

https://www.diamondnex.us/Ex696

Text 'STOP' to be ordinary



  Text message ☺ 🎤

||| ◯ ‹



1:56   5G UC 32%

< 👤 +1 414-626-1269 📹 📞 ⋮

Tuesday, May 23 • 11:05 AM

Ends today! Don't miss out on some stunning Emerald Solitaire Drop Earrings ✨ At an exclusive price of $499!

https://www.diamondnex.us/ajl2h

Text 'STOP' to be ordinary





Text message 😊 🎤

  

1:57 　　　　　　 5G UC �5 32% 

< 　　👤　　+1 414-626-1269　　📹　　📞　　⋮

Friday, May 26 • 5:32 PM

💍 Summer Stacks! Mix & match your favorite stacking bands to create the ultimate summer look. Delicate, intricate, and bold styles available now.

https://www.diamondnex.us/FwbOH

Text 'STOP' to be ordinary



　　Text message　☺　



|||　　　　○　　　　‹

1:58                      🔇 5G UC ⣿⣿⣿ 33% 

< 👤 +1 414-626-1269   📹   📞   ⋮

Sunday, May 28 • 5:29 PM

The moment you've been waiting for is here! 🤩 Could you be our giveaway winner?  Click now to reveal the results! 🎊

https://www.diamondnex.us/sZ64R

Text 'STOP' to be ordinary



GIVEAWAY
WINNER

    Text message   ☺ 🎤

|||            ◯            ‹

   

< 👤 +1 414-626-1269 📹 📞 ⋮

Thursday, Jun 1 • 11:07 AM

⌛ Today Only! Grab our East-West Oval Cut Necklace, 1 tcw, Lab Grown Diamond at $1399 (WAS: $1670)! 💎

https://www.diamondnex.us/BscZ5

Text 'STOP' to be ordinary



  Text message ☺ 🎤

 

1:59

+1 414-626-1269

Thursday, Jun 1 • 11:07 AM

⏳ Today Only! Grab our East-West Oval Cut Necklace, 1 tcw, Lab Grown Diamond at $1399 (WAS: $1670)! 💎

https://www.diamondnex.us/BscZ5

Text 'STOP' to be ordinary



Text message

2:00    5G UC 33% 

+1 414-626-1269

Saturday, Jun 3 • 5:06 PM

🔥 Lab Diamond Jewelry up to 20% OFF, our biggest sale ever! Ends tomorrow night! Don't miss out! Shop now at Diamond Nexus.   

https://www.diamondnex.us/xie_D

Text 'STOP' to be ordinary



  Text message  

  



+1 414-626-1269

Friday, Jun 9 • 11:05 AM

☀️ Embrace summer in style! Layer up our stunning earrings for a trendy, sunshine-ready look. Make a statement, one ear at a time!

Text 'STOP' to be ordinary



Text message

+1 414-626-1269

Monday, Jun 19 • 12:07 PM

Grab the exquisite Bound to You Princess Cut Bracelet in Silver at an unbeatable price. WAS $540, NOW just $249! Ends tomorrow!

https://www.diamondnex.us/OBjtF

Text 'STOP' to be ordinary



Text message

1:39      5G UC .ill 26% 

< 👤 +1 414-626-1269   📹   📞   ⋮

Tuesday, Mar 28 • 6:11 PM

Diamond Nexus: Don't let these clearance deals slip away! Hurry and shop now for up to 70% off select items while supplies last.

https://www.diamondnex.us/AQU7N

Text 'STOP' to be ordinary

Wednesday, Mar 29 • 1:11 PM

⊕    Text message   ☺   🎤

 ○ 

1:40

+1 414-626-1269

Sunday, Apr 2 • 12:08 PM

Diamond Nexus: ⏰ The countdown is on! 🌺 Our Spring Savings sale is in its final hours. Shop now and take advantage of up to 30% off sitewide before it's too late.

https://www.diamondnex.us/Lv3qw

Text 'STOP' to be ordinary

Sunday, Apr 2 • 7:21 PM

Text message

1:41   🔇 5G UC 📶 26% 🔋

< 👤 +1 414-626-1269 📹 📞 ⋮

Wednesday, Apr 5 • 6:55 PM

Diamond Nexus: 🔥 Daily Drop Alert🔥 Get your hands on the stunning 3.72 ct DEW Tennis Bracelet for only $1,299 (was $2,300)! In white gold or yellow gold only. Don't miss out on this incredible deal, act fast before it's gone!

https://www.diamondnex.us/CR86G

Text 'STOP' to be ordinary

⊕ 🖼 Text message  🎤

||| ◯ ‹

1:42   5G UC 27%

< 👤 +1 414-626-1269   📹   📞   ⋮

Tuesday, Apr 11 • 11:50 AM

Diamond Nexus: Less than 24 Hours remain to get the Gallant Wedding Band for just $399!

https://www.diamondnex.us/Tv8zo

Text 'STOP' to be ordinary

Tuesday, Apr 11 • 5:51 PM

Diamond Nexus: 🏷️ Don't miss o   n new clearance closeouts!

⊕  🖼️   Text message   ☺   🎤

      |||   ○   <    

Case: 4:23-cv-00813-HEA   Doc. #:  10   Filed: 10/06/23   Page: 259 of 269 PageID #: 300

+1 414-626-1269

Saturday, Apr 15 • 6:05 PM

Diamond Nexus: 💎 Get lab diamonds jewelry for less! Right now our Round Cut 3 Prong Pendant starts at just $369. Get it now and shine!

https://www.diamondnex.us/eascC

Text 'STOP' to be ordinary

Sunday, Apr 16 • 1:30 PM

Text message

1:44

+1 414-626-1269

Thursday, Apr 20 • 6:23 PM

Diamond Nexus: 💍 Best in Bridal Sale: Save up to 30% on Engagement Rings, Wedding Bands, & Fine Jewelry! Don't miss the chance to shop at incredible discounts.💎

https://www.diamondnex.us/LvW3D

Text 'STOP' to be ordinary

Text message

1:50

+1 414-626-1269

Saturday, Apr 22 • 5:44 PM

Diamond Nexus: Best in Bridal Sale ends this weekend! 💍 Save up to 30% off on engagement rings, wedding bands & fine jewelry 🌟 Don't miss out! Shop now!

https://www.diamondnex.us/zOXPB

Text 'STOP' to be ordinary

Text message

  1:52  5G UC 30%

< 👤 +1 414-626-1269   📹   📞   ⋮

Saturday, Apr 29 • 5:43 PM

Don't miss out on the hottest trend in earrings: Stacked Pearl Studs. Perfect for adding some posh to your style, these earrings are a must-have for any fashionista.

https://www.diamondnex.us/P89Rw

Text 'STOP' to be ordinary

Sunday, A ↓ • 11:38 AM

  Text message  

  

1:55       🔇 5G UC .ⅰll 31% 🔋

<   👤   +1 414-626-1269   🎥   📞   ⋮

**Friday, May 19 • 11:07 AM**

Reviews are in! 🌟 See what others are saying about their favorite Diamond Nexus  pieces!

https://www.diamondnex.us/YKOwU

Text 'STOP' to be ordinary



⊕   🖼   Text message   ☺   🎤

|||     ◯     ‹

1:56 🔵 📶 🖼️          🔇 5G UC ⚫il 32% 🔋

<   👤   +1 414-626-1269      📹   📞   ⋮

**Wednesday, May 24 • 12:05 PM**

Slay in Sterling ✨ Shop Our Collection of Silver Jewelry Today!

https://www.diamondnex.us/KoOlw

Text 'STOP' to be ordinary



⊕  🖼️   Text message      ☺   🎤

|||          ◯          ‹

1:57                      🔇 5G UC ⅶ 32% 🔋

‹  👤  +1 414-626-1269      🎥  📞  ⋮

Friday, May 26 • 11:08 AM

Our financing options make it easier than ever to bring home what you love, with quick approvals and easy steps. Starting as low as 0% APR, it's a win-win situation for you.


https://www.diamondnex.us/q8rc29

Text 'STOP' to be ordinary



     Text message   ☺  🎤

Case: 4:23-cv-00813-HEA Doc. #: 10 Filed: 10/06/23 Page: 266 of 269 PageID #: 307

< 👤 +1 414-626-1269 📹 📞 ⋮

Our exquisite Infinitely Bound Bracelet, normally $580, is now $249, but only for TODAY! 💎 Grab it while you can.

https://www.diamondnex.us/MjSWo

Text 'STOP' to be ordinary



LIMITED TIME O
UNDER $2

2:06

+1 414-626-1269

Saturday, Jun 3 • 11:04 AM

Ends tomorrow! Last chance to get 10% off your custom designs. Bring your vision to life and make it your own.✨

https://www.diamondnex.us/PjTVJ

Text 'STOP' to be ordinary



Text message

2:07

5G UC 36%

< 👤 +1 414-626-1269 🎥 📞 ⋮

Saturday, Jun 10 • 5:01 PM

💍 Why should your left hand have all the fun? Our right hand rings are the perfect self-love gift. Celebrate you!

https://www.diamondnex .us/3_Le

Text 'STOP' to be ordinary





Text message 😊 🎤

  

< 👤 +1 414-626-1269 📹 📞 ⋮

Tuesday, Jun 20 • 5:22 PM

Huge Clearance Sale!
🏷️ Save up to 70% on
select jewelry. Grab yours
before they vanish!

https://www.diamondnex
.us/pyiBp

Text 'STOP' to be
ordinary



CLEARANCE CLOSEOUTS
UP TO
70% OFF

Text message ☺ 🎤