UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY SIMMS, | ) | |
| individually and on behalf of all others | ) | |
| similarly situated, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO 4:23-cv-00813-HEA |
| | ) | |
| 12FIFTEEN DIAMONDS, LLC D/B/A | ) | |
| DIAMOND NEXUS., | ) | |
| | ) | |
|     Defendant. | | |

DEFAULT JUDGEMENT AGAINST DEFENDANT

This matter came to be heard by the Court on the Motion of Plaintiff, Timothy Simms, for a Judgment by Default against Defendant, 12Fifteen Diamonds, LLC d/b/a Diamond Nexus, with respect to Plaintiff's Second Claim for Relief set forth in its Complaint. The Defendants have failed to timely plead or otherwise defend this action. The Clerk made an Entry of Default against Defendant on September 19, 2023. [ECF No.7].

The Court finds the Motion to be well taken and it is hereby SUSTAINED.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff, and against Defendant as follows:

On its Second Claim for Relief, against Defendant, for the sum of $301,500.00, representing the statutory damages in this case with post-judgment interest thereon at the applicable federal rate, from the date of judgment until the date the judgment is satisfied.

Dated this 1st day of February, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE